UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS,                          )
  548 Saint Charles Pl                   )
  Brookhaven, MS 39601,                  )
                                          )
      Plaintiff,                        )
                                          )
   v.                                     )
                                          ) Civil Action No. 06-1286(RCL)
U.S. CUSTOM AND BORDER                    )
PROTECTION                                )
ATTN: DISCLOSURE LAW OFFICE               )
1300 PENNSYLVANIA AVE, NW                 )
WASHINGTON, DC 20229,                     )
                                          )
      Defendant.                        )

<u>PRAECIPE</u>

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Sam Clemmons, 548 Saint Charles Pl., Brookhaven, MS 39601,, on August 25, 2006.

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)