UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Samuel L. Clemmons ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| v. ) | CASE NO. 1:06CV01286 |
| ) | |
| U.S. Customs and Border Protection ) | |
| ) | |
| Defendant. ) | |

## DECLARATION

I, Brooks Thomas, declare under penalty of perjury as follows:

1. I am employed by United States Customs and Border Protection (CBP) as an Assistant Chief Counsel, 1691 Phoenix Boulevard, Suite 260, Atlanta, Georgia 30349.

2. One of my duties is to process all Federal Tort Claims filed at the port of Atlanta, Georgia for amounts in excess of $10,000.

3. I ensure, *inter alia*, that all Federal Tort Claims are handled in a timely manner, and I ensure that each is given an appropriate legal review.

4. All Federal Tort Claims are carefully evaluated and then sent to the appropriate deciding official within CBP with a recommendation from this office.

5. Any Federal Tort Claims filed at any office pertaining to the port of Atlanta are, by policy, forwarded to me at the above-stated business address.

1

6. I have personally conducted a search for any Federal Tort Claim filed by a Samuel L. Clemmons pertaining to the port of Atlanta, Georgia during the past calendar year and beyond. My search consisted of printing out a computerized list of all cases opened in Office of the Assistant Chief Counsel, Atlanta, Georgia in 2006.

7. My search for such a claim from Samuel L. Clemmons proved negative, leading me to conclude that he has not filed a Federal Tort Claim pertaining to the port of Atlanta.

I declare under penalty of perjury that the foregoing is true and correct in

accordance with 28 U.S.C. § 1746.

*Brooks Thomas* (signature)
Brooks Thomas

8/25/06
Date

2