# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Samuel L. Clemmons )
Plaintiff, Pro Se )
)
)
v. ) CASE NO. 1:06CV01286
)
U.S. Customs and Border Protection )
)
Defendant. )

## DECLARATION

I, Sandra Dean, declare under penalty of perjury as follows:

1. I am employed by United States Customs and Border Protection (CBP) as an Import Specialist, Team Leader, 4341 International Parkway, Atlanta, Georgia 30354.

2. One of my collateral duties is to process all Freedom of Information Act (FOIA) requests filed at the port of Atlanta, Georgia.

3. I ensure, *inter alia*, that FOIA requests properly identify the individual requesting the records and the specific records sought. I also ensure that the requester complies with fee requirements.

4. In responding to FOIA requests, I always ensure that a requestor has been provided his appeal rights to the CBP Office of Regulations and Rulings in Washington, D.C.

5. Any FOIA requests filed at any office serviced by the port of Atlanta are by policy forwarded to me at my business address: 4341 International Parkway, Atlanta, Georgia 30354.

1

6. I have personally conducted a search for any request filed by a Samuel L. Clemmons at the port of Atlanta, Georgia during the past calendar year and beyond.

7. My search for such a request from Samuel L. Clemmons proved negative, leading me to conclude that he has not filed a FOIA request for records in the port of Atlanta.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

*Sandra Dean*
Sandra Dean

8/25/06
Date

2