AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAMUEL CLEMMONS

V.

UNITED STATES CUSTOM AND BOARDER PROTECTION

**SUMMONS IN A CIVIL CASE**

CASE N

CASE NUMBER   1:06CV01286

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/20/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD STREET, NW
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 20 2006
DATE

RECEIVED
AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 27, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM CLEMMONS | PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. ATTORNEY OFFICE, 501 3RD STREET N.W., WASHINGTON, DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. POSTAL EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 28, 2006       *[signature]*
                Date                  Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
        Brookhaven Main Office
        Brookhaven, Mississippi
              396019998
             2737860601-0098
07/27/2006    (601)833-3461      03:39:08 PM
-------------- Sales Receipt --------------
Product         Sale    Unit        Final
Description     Qty     Price       Price

WASHINGTON DC 20530 EM              $14.40
  PO-Add Flat Rate
  5.70 oz.
    Label #:    EQ236247545US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)        $1.85
                                 ========
          Issue PVI:               $16.25

WASHINGTON DC 20001 EM              $14.40
  PO-Add Flat Rate
  5.70 oz.
    Label #:    EQ236247531US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)        $1.85
                                 ========
          Issue PVI:               $16.25

WASHINGTON DC 20229 EM              $14.40
  PO-Add Flat Rate
  5.70 oz.
    Label #:    EQ236247528US
    Next Day Noon  / Normal
    Delivery
    Return Rcpt (Green Card)        $1.85
                                 ========
          Issue PVI:               $16.25
                                 ========
Total:                             $48.75
Paid by:
  AMEX                             $48.75
    Account #:       XXXXXXXXXXXX2002
    Approval #:           567679
    Transaction #:           822
    23 903260669 4234703015

Bill#:  1000200835709
Clerk:  13

 -- All sales final on stamps and postage. --
      Refunds for guaranteed services only.
           Thank you for your business.
                  Customer Copy
```





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6247 531U S**
Status: **Delivered**

Your item was delivered at 10:15 am on July 28, 2006 in WASHINGTON, DC 20001 to US ATTORNEY. The item was signed for by W HAIGHT.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

---



POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: EQ23 6247 531U S
Detailed Results:

- Delivered, July 28, 2006, 10:15 am, WASHINGTON, DC 20001
- Arrival at Unit, July 28, 2006, 9:01 am, WASHINGTON, DC 20001
- Enroute, July 28, 2006, 7:01 am, WASHINGTON, DC 20074
- Acceptance, July 27, 2006, 3:35 pm, BROOKHAVEN, MS 39601

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   ( Go > )

---



POSTAL INSPECTORS        site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do        8/25/2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAMUEL CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>1:06CV01286 (RCL)</u>

V

UNITED STATES CUSTOM AND BOARDER PROTECTION
**ATTN: DISCLOSURE LAW OFFICE**
1300 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20229

**AFFIDAVIT OF SERVICE**

I, <u>SAMUEL CLEMMONS</u>, hereby declare that on the <u>27TH OF JULY 2006</u>, I mailed a copy of the summons and complaint, certified Express mail return receipt requested, to <u>THE U.S. ATTORNEY OFFICE</u> located at <u>501 3rd Street, N.W., Washington, DC 20001</u>. Certified Express Mail tracking number is <u>EQ 236 247 531 US</u>. The summons gave the Defendants <u>30 Days</u> to response to the complaint and summons as ordered and instructed by the Court; the Defendants have until <u>August 28, 2006</u> to comply with the Court's instructions. Attached hereto are the green card, receipt, invoice and confirmed receipt notice acknowledging service.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
<u>STAPLE GREEN CARD IN THIS AREA</u>

*[signature]*

SAMUEL CLEMMONS

<u>548 SAINT CHARLES PLACE</u>

<u>BROOKHAVEN, MS 39601</u>

<u>PH: # 866-409-7758</u>

Sam L. Clemmons vs. U.S. Custom Agency & Office of FOIA & Privacy Division, 1300 Pennsylvania Ave, NW, Washington, DC 20229

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAMUEL CLEMMONS

V.

UNITED STATES CUSTOM AND BOARDER PROTECTION

**SUMMONS IN A CIVIL CASE**

CASE ]

CASE NUMBER 1:06CV01286

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/20/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUL 20 2006
CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 27, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAMUEL CLEMMONS | PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. ATTORNEY GENERAL OFFICE (DOJ) 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. POSTAL EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUGUST 28, 2006
                    Date                    Signature of Server

548 SAINT CHARLES PL
BROOK HAVEN, MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
           Brookhaven Main Office
           Brookhaven, Mississippi
                 396019998
              2737860601-0098
07/27/2006    (601)833-3461    03:39:08 PM
            ------ Sales Receipt ------
Product          Sale    Unit       Final
Description      Qty     Price      Price

WASHINGTON DC 20530 EM             $14.40
PO-Add Flat Rate
 5.70 oz.
   Label #:      EQ236247545US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                 ========
            Issue PVI:             $16.25

WASHINGTON DC 20001 EM             $14.40
PO-Add Flat Rate
 5.70 oz.
   Label #:      EQ236247531US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                 ========
            Issue PVI:             $16.25

WASHINGTON DC 20229 EM             $14.40
PO-Add Flat Rate
 5.70 oz.
   Label #:      EQ236247528US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                 ========
            Issue PVI:             $16.25

Total:                             $48.75

Paid by:
 AMEX                              $48.75
   Account #        XXXXXXXXXXXX2002
   Approval #:        567679
   Transaction #:        822
   23 903260669 4234703015

Bill#: 1000200835709
Clerk: 13

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
         Thank you for your business.
                Customer Copy
```



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV01286 (RCL)**

V

UNITED STATES CUSTOM AND BOARDER PROTECTION
**ATTN: DISCLOSURE LAW OFFICE**
1300 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20229

### AFFIDAVIT OF SERVICE

I, **SAMUEL CLEMMONS**, hereby declare that on the **27TH OF JULY 2006**, I mailed a copy of the summons and complaint, certified Express mail return receipt requested, to **THE U.S. ATTORNEY GENERAL OFFICE** located at **950 PENNSYLVANIA AVE NW**, Washington, DC 20530. Certified Express Mail tracking number is **EQ 236 247 545 US**. The summons gave the Defendants **30 Days** to response to the complaint and summons as ordered and instructed by the Court; the Defendants have until **August 28, 2006** to comply with the Court's instructions. Attached hereto are the green card, receipt, invoice and confirmed receipt notice acknowledging service.

[Attached PS Form 3811 Domestic Return Receipt with article number EQ236247545US, addressed to U.S. Attorney General, 950 Pennsylvania Ave NW, Washington, DC 20530, signed, dated JUL 28 2006, Express Mail service type.]

Sam L. Clemmons vs. U.S. Custom Agency & Office of FOIA & Privacy Division, 1300 Pennsylvania Ave, NW, Washington, DC 20229