AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAMUEL CLEMMONS

V.

UNITED STATES CUSTOM AND BOARDER PROTECTION

**SUMMONS IN A CIVIL CASE**

CA

CASE NUMBER 1:06CV01286

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/20/2006

TO: (Name and address of Defendant)

UNITED STATES CUSTOM AND BOARDER PROTECTION
ATTN: DISCLOSURE LAW OFFICE
1300 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 20 2006
DATE

(By) DEPUTY CLERK

RECEIVED
AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JULY 27, 2006 |
| NAME OF SERVER (PRINT)<br>SAMUEL CLEMMONS | TITLE<br>PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: THE U.S. CUSTOMS AND BOARDER PROTECTION ATTN: DISCLOSURE LAW OFFICE, 1300 PENNSYLVANIA AVE NW, WASHINGTON DC 20229

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. POSTAL EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 28, 2006    *[signature]*
            Date                    Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
         Brookhaven Main Office
         Brookhaven, Mississippi
               396019998
             2737860601-0098
07/27/2006    (601)833-3461    03:39:08 PM

============ Sales Receipt ============
Product         Sale    Unit      Final
Description     Qty     Price     Price

WASHINGTON DC 20530 EM            $14.40
PO-Add Flat Rate
 5.70 oz.
  Label #:      EQ236247545US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)         $1.85
                                ========
         Issue PVI:               $16.25

WASHINGTON DC 20001 EM            $14.40
PO-Add Flat Rate
 5.70 oz.
  Label #:      EQ236247531US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)         $1.85
                                ========
         Issue PVI:               $16.25

WASHINGTON DC 20229 EM            $14.40
PO-Add Flat Rate
 5.70 oz.
  Label #:      EQ236247528US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)         $1.85
                                ========
         Issue PVI:               $16.25

Total:                            $48.75

Paid by:
AMEX                              $48.75
  Account #         XXXXXXXXXXXX2002
  Approval #:            567679
  Transaction #:            822
  23 903260669 4234703015

Bill#:  1000200835709
Clerk:  13

- All sales final on stamps and postage. -
   Refunds for guaranteed services only.
         Thank you for your business.
                Customer Copy
```



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAMUEL CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV01286 (RCL)**

V

UNITED STATES CUSTOM AND BOARDER PROTECTION
**ATTN: DISCLOSURE LAW OFFICE**
1300 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20229

## AFFIDAVIT OF SERVICE

I, **SAMUEL CLEMMONS**, hereby declare that on the **27TH OF JULY 2006**, I mailed a copy of the summons and complaint, certified Express mail return receipt requested, to **THE U.S. CUSTOMS AND BOARDER PROTECTION, ATTN: DISCLOSURE LAW OFFICE** located at **1300 PENNSYLVANIA AVE, NW Washington, DC 20229**. Certified Express Mail tracking number is **EQ 236 247 528 US**. The summons gave the Defendants **30 Days** to response to the complaint and summons as ordered and instructed by the Court; the Defendants have until **August 28, 2006** to comply with the Court's instructions. Attached hereto are the green card, receipt, invoice and confirmed receipt notice acknowledging service.

[Attached: PS Form 3811 Domestic Return Receipt, Article Number EQ236247528US, addressed to U.S. Customs & Boarder Prot., Attn: Disclosure Law Office, 1300 Pennsylvania Ave, NW, Washington, DC 20229; signed by A. Totum (Agent), Date of Delivery 7/31/06; Service Type: Express Mail.]

Sam L. Clemmons vs. U.S. Custom Agency & Office of FOIA & Privacy Division,
1300 Pennsylvania Ave, NW, Washington, DC 20229