CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAMUEL CLEMMONS** ) </br> ) </br> Vs. ) </br> ) </br> **UNITED STATES CUSTOMS &** ) </br> **BOARDER PROTECTION** ) </br> ) | Civil Action No. _1:06CV01286 (RCL)_ |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _28TH_ day of _AUGUST_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _THE U.S. CUSTOMS AND BOARDER PROTECTION AGENCY_

was [were]:   [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JULY 28TH, 2006_____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_545 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_816-409-7758_

Bar Id. Number                             Address and Telephone Number

**RECEIVED**
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL CLEMMONS )<br>)<br>Vs. )<br>)<br>UNITED STATES CUSTOMS & )<br>BOARDER PROTECTION )<br>) | Civil Action No. _1:06CV01286 (RCL)_ |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _28TH_ day of _AUGUST_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _THE U.S. ATTORNEY GENERAL (DOJ) @ 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530_
was [were]:   [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JULY 28, 2006 (see)_ ].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_540 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866 409-7758_

Bar Id. Number                                          Address and Telephone Number

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAMUEL CLEMMONS** ) | |
| ) | |
| Vs. ) | Civil Action No. _1:06CV01286 (RCL)_ |
| ) | |
| **UNITED STATES CUSTOMS &** ) | |
| **BOARDER PROTECTION** ) | |
| ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _28TH_ day of _AUGUST_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _US ATTORNEY @ 501 3RD STREET, NW, WASHINGTON, DC 20001_

was [were]:   [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _JULY 28 TH, 2006 @ 10:15 A.M. (SC)_ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ Samuel Clemmons_
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866 409-7758_

Bar Id. Number                                  Address and Telephone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL CLEMMONS<br>    PLAINTIFF<br><br>vs.<br><br>U.S. CUSTOMS AND BOARDER<br>PROTECTION<br><br>    DEFENDANT | ) CIVIL ACTION NO:<br>)<br>) <u>1:06CV01286 (RCL)</u><br>)<br>)<br>) August 28, 2006<br>)<br>)<br>)<br>) |

## <u>PLAINTIFF'S MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT</u>

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** to Enter Default against the U.S. CUSTOMS AND BOARDER PROTECTION AGENCY for failing to comply with the court's instructions in providing an answer to the complaint which was served on such agency by summons by means of Urgent Express Mail Service with tracking numbers of <u>EQ 236 247 545 US</u>, <u>EQ 236 247 528 US</u>, and <u>EQ 236 247 531 US</u>.

The Defendants had <u>30 days</u> according to the court's instruction to response. As of this date, the Plaintiff has not received any appropriate filing into the court from the U.S. Attorney's Office expressing representation neither has the Plaintiff received anything by via United States Postal Service from any of Defendants or agencies listed in the complaint.

RECEIVED
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Plaintiff has provided the court with proof of service within <u>31 days</u> after being served. The Plaintiff has attached copies along with certified true copies of receipts showing all summons were delivery to the U.S. Customs and Boarder Protection Agencies and the U.S. Attorney and Attorney General Office within the time frame. The Plaintiff request from the court to enter and place such agency in default against the presented summons to response to the court with an answer to the complaint served on them by the United States Postal Service Express Mail.

The Defendants have failed to enter an appearance and have failed to enter a request for an enlargement of time to response to the complaint. The Default Entry should be granted.

All green cards will be provided to the court upon arrival and receipt of all cards from the United States Postal Service.

Plaintiff's Motion Request to Enter Discovery will follow after Default has been entered.

                                          Respectfully submitted,

                                          Sam L. Clemmons
                                          Plaintiff, *Pro Se*

**Attachments:**
        Affidavit of Services
        Summons in Civil Action
        Copies of receipts, invoices and confirmed receipts showing cost and proof service