# EXHIBIT # 1

REORDER FROM AMERICAN BUSINESS FORMS

CLEMMONS/SAMUEL PAGE 1 OF 2

08APR06

CA-NDOP1074

TKT-E0061304986577

AIR- 705.00 TAX- 69.38 TTL AIR- 774.38

ITINERARY RECEIPT - * ELECTRONIC TICKET * POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN

**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**

RESTRICTIONS-NON-REFUNDABLE/PNLTY FOR CHGS

ISSUED BY-DELTA VACATIONS FORT LAUDERDALE FL

25MAY THURSDAY M80 DL 1146 DELTA DEPART: JACKSON MISS 7:55AM ARRIVE: ATLANTA 10:08AM NONSTOP SEAT: 35-D (CLASS-K) BAGS ALLOWED- 2PIECE

NOT VALID FOR TRAVEL-BEFORE 25MAY/AFTER 25MAY

25MAY THURSDAY 757 DL 295 DELTA DEPART: ATLANTA 11:03AM ARRIVE: LIBERIA 12:57PM NONSTOP SEAT: 31-D (CLASS-K) BAGS ALLOWED- 2PIECE

NOT VALID FOR TRAVEL-BEFORE 25MAY/AFTER 25MAY

REORDER FROM AMERICAN BUSINESS FORMS

CLEMMONS/SAMUEL PAGE 2 OF 2

08APR06

CA-NDOP1074

TKT-E0061304986577

AIR- 705.00 TAX- 69.38 TTL AIR- 774.38

05JUN MONDAY 757 DL 306 DELTA DEPART: LIBERIA 2:17PM ARRIVE: ATLANTA 8:10PM NONSTOP SEAT: 45-D (CLASS-Q) BAGS ALLOWED- 2PIECE

NOT VALID FOR TRAVEL-BEFORE 05JUN/AFTER 05JUN

05JUN MONDAY CR7 DL 4499 DELTA DEPART: ATLANTA 10:52PM ARRIVE: JACKSON MISS 11:07PM NONSTOP SEAT: 18-B (CLASS-Q) BAGS ALLOWED- 2PIECE

OPERATED BY ATLANTIC SOUTHEAST AIRLINES

NOT VALID FOR TRAVEL-BEFORE 05JUN/AFTER 05JUN

THIS AMOUNT IS TO BE PAID BY: CHECK

THANK YOU FOR YOUR BUSINESS

(2)




CLEMMONS/SAMUEL

BOARDING PASS
ELECTRONIC TICKET
2 006 1304986577 1
CUX40R

KXSLOOL

FLIGHT DL295 DATE 25MAY CLASS K ORIGIN ATLANTA DEPARTS 1103A

SEAT 31D ZONE 7

OPERATED BY DELTA AIR LINES INC COACH DESTINATION LIBERIA COST RI

DEPARTURE GATE E11 **SUBJECT TO CHANGE**

BCN ATL124 BAGS 02

JANA2E818/SC

BOARDING PASS
******* ET *******
CLEMMONS/SAMUEL

FLIGHT DL295 DATE 25MAY

SEAT 31D ZONE 7

ORIGIN ATLANTA

DESTINATION LIBERIA COST RI

OPERATED BY DELTA AIR LINES INC

BCN ATL124 BAGS 02

COMPROBANTE IMPUESTO DE SALIDA, LEY 8316 ~
República de Costa Rica Ministerio de Hacienda
Dirección General de Tributación

Banco Crédito Agrícola de Cartago

Fecha de Emisión : 05/06/2006
(Issue date)
Fecha de Vencimiento:
(Expiration date)

12
LIR

Número de Recibo: 4491011A

DU Emitido por (Issue by): 1112 PTO.COM. AEROPUERTO

Pasaporte (Passport): 203642212

Nombre (Name): CLEMMONS JR SAMUEL

Tipo: 2.- Extranjeros

Usuario: ANAGUEBU

N° 4002014 Monto US $26.00 CLIENTE

FORMULARIOS STANDARD TEL.: 240-0043 FAX: 240-5605 - No. 6272703

COMPROBANTE IMPUESTO DE SALIDA, LEY 8316 ~
República de Costa Rica Ministerio de Hacienda
Dirección General de Tributación

Banco Crédito Agrícola de Cartago

Fecha de Emisión (Issue date): 05/06/2006

Fecha de Vencimiento: (Expiration date)

Número de Recibo: 4491011A

DU Emitido por (Issue by): 1112 PTO.COM. AEROPUERTO

Pasaporte (Passport): 203642212

Nombre (Name): CLEMMONS JR SAMUEL

Tipo: 2.- Extranjeros

Usuario: ANAGUEBU



Nº 4002014 Monto US $26.00 CLIENTE

FORMULARIOS STANDARD TEL.: 240-0043 FAX: 240-5806 · No. 6272703

RESERVATION: NDOP1074 VOUCHER: V663591681 *ARC # -> IT Cr> DL 0010

GUESTS: CLEMMONS/SAMUEL

| PARTY OF | ADULTS | JR. | CHILD |
|---|---|---|---|
| 01 | 01 | 00 | 00 |

**Delta Vacations**

TYPE OF VOUCHER:

| # NIGHTS: | ARRIVAL DATE: |
|---|---|
| 01 | 25 MAY 06 |

GOOD FOR:

| DATE | ORIGIN | DEST | PNR | FLIGHT | CLASS | DEPART | ARRIVAL |
|---|---|---|---|---|---|---|---|
| 25 MAY 06 | JAN | ATL | 269FSS | DL1146 | K | 755A | 1008A |
| 25 MAY 06 | ATL | LIR | 269FSS | DL 295 | K | 1103A | 1257P |
| 05 JUN 06 | LIR | ATL | 269FSS | DL 306 | Q | 217P | 810P |
| 05 JUN 06 | ATL | JAN | 269FSS | DL4499 | Q | 1052P | 1107P |

OPERATED BY ATLANTIC SOUTHEAST AIRLINES

**Delta Vacations**
P.O. Box 1525
Fort Lauderdale, FL 33302 USA

Vendor: Return this voucher with bill and records. All correspondence must ref to the above voucher number. See remarks for any special billing instructions.

**Delta Vacations** THIS VOUCHER IS NON TRANSFERRABLE; HAS NO REFUND VALUE AND IS VALID AS SPECIFIED.

CUSTOMER SERVICE OF FLORIDA Ft Lauderdale FL 56662



PASSENGER TICKET AND BAGGAGE CHECK

SUBJECT XXXXXXXXXXXXXXXXXX

ISSUED BY
DELTA AIR LINES

PASSENGER RECEIPT 01

DATE OF ISSUE 05JUN06 0066

ISS. AGT. ID. DL/JC FARE BASIS LIR ETQ

NAME OF PASSENGER (NOT TRANSFERABLE)
CLEMMONS/SAMUEL

FROM **NOT VAI TO FOR**
TO **TRANSPORTATION*

PSGR TICKET 0061304986577

ENDORSEMENTS/RESTRICTIONS
PENALTY FEE - WH

PNR CODE CUVZNP /MI

ORIGINAL ISSUE

ISSUED IN EXCHANGE FOR

CONJ. TKT. NO.

FARE CALCULATION
FROM LIBERIA COST RICADL
TO JACKSON MISS DL

FARE USD 100.00

EQUIV. FARE PAID

FORM OF PAYMENT AXXXXXXXXXXXX2003/184223

TAX

TAX

TAX

TOTAL USD100.00

STOCK CONTROL NUMBER TX 00602197453834

DOCUMENT NUMBER 0 006 2926307992 2

PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXX

SPECIAL SERVICE TICKET
THIS IS YOUR RECEIPT

NOT VAI TO FOR TRAVEL

CARRIER/FLIGHT CLASS/DATE TIME

GATE BOARD TIME SEAT SMOKE

NOT VALID FOR TRAVEL

BAGGAGE ID. NR.

DOCUMENT NUMBER
0 006 2926307992 2

(7)

**Delta** SKYTEAM

ITINERARY FOR CLEMMONS/SAMUEL

CONF NBR EAA1RS

| DATE | CARRIER | CITY | FLT/TIME | SEAT | CLASS | GATE |
|---|---|---|---|---|---|---|
| 23JUN06 | DELTA AIR LINES INC | | DL 4334 | 18B | COACH | D36 |
| | OPERATED BY ATLANTIC SOUTHEAST | ATLANTA | LV 936A | | | CONFIRMED |
| | A DELTA CONNECTION CARRIER | JACKSON MISS | AR 955A | CHECK IN REQUIRED | | |




8