# EXHIBIT # 2

Oct. 12, 1984, eff. Nov. 1, 1987; Mar. 9, 1987, eff. Aug. 1, 1987; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 29, 2002, eff. Dec. 1, 2002.)

**Rule 39. [Reserved]**

### TITLE VIII. SUPPLEMENTARY AND SPECIAL PROCEEDINGS

**Rule 40. Arrest for Failing to Appear in Another District**

   **(a) In General.** If a person is arrested under a warrant issued in another district for failing to appear—as required by the terms of that person's release under 18 U.S.C. §§3141–3156 or by a subpoena—the person must be taken without unnecessary delay before a magistrate judge in the district of the arrest.

   **(b) Proceedings.** The judge must proceed under Rule 5(c)(3) as applicable.

   **(c) Release or Detention Order.** The judge may modify any previous release or detention order issued in another district, but must state in writing the reasons for doing so.

(As amended Feb. 28, 1966, eff. July 1, 1966; Apr. 24, 1972, eff. Oct. 1, 1972; Apr. 30, 1979, eff. Aug. 1, 1979; Apr. 28, 1982, eff. Aug. 1, 1982; Oct. 12, 1984, eff. Oct. 12, 1984, and Nov. 1, 1987; Mar. 9, 1987, eff. Aug. 1, 1987; Apr. 25, 1989, eff. Dec. 1, 1989; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 29, 1994, eff. Dec. 1, 1994; Apr. 27, 1995, eff. Dec. 1, 1995; Apr. 29, 2002, eff. Dec. 1, 2002.)

**Rule 41. Search and Seizure**

   **(a) Scope and Definitions.**

      **(1) *Scope.*** This rule does not modify any statute regulating search or seizure, or the issuance and execution of a search warrant in special circumstances.

      **(2) *Definitions.*** The following definitions apply under this rule:

         (A) "Property" includes documents, books, papers, any other tangible objects, and information.

         (B) "Daytime" means the hours between 6:00 a.m. and 10:00 p.m. according to local time.

         (C) "Federal law enforcement officer" means a government agent (other than an attorney for the government) who is engaged in enforcing the criminal laws and is within any category of officers authorized by the Attorney General to request a search warrant.

   **(b) Authority to Issue a Warrant.** At the request of a federal law enforcement officer or an attorney for the government:

      (1) a magistrate judge with authority in the district—or if none is reasonably available, a judge of a state court of record in the district—has authority to issue a warrant to search for and seize a person or property located within the district;

      (2) a magistrate judge with authority in the district has authority to issue a warrant for a person or property outside the district if the person or property is located within the district when the warrant is issued but might move or be moved outside the district before the warrant is executed; and

      (3) a magistrate judge—in an investigation of domestic terrorism or international terrorism (as defined in 18 U.S.C. §2331)—having authority in any district in which activities re-

# OJTS — DeKalb County
## Online Jail Tracking System

July 27, 2006    ( Information last refreshed 27-JUL-2006 12:13:22 PM EST )

## Jail / Inmate Reports

**Note to Users:** The Jail/Inmate Reports can be run by selecting the desired report from the drop down list below.
Please be patient while the reports are loading as they are intended to retrieve large amounts of data. When choosing
the Printer Friendly option below, it is recommended that the page orientation on the printer be set to landscape
to produce the best possible results.

**Desired Format:**    Web Based      Printer Friendly

▶ -- Please Select a Report --                     ⦙    Run Report

### DeKalb County Sheriff's Office Arrest Log

| Last Name, First Name / MI | SPN# | Booking Date/Time | Booking# | Released | Charge Type and Description |
|---|---|---|---|---|---|
| | | **LOG OF INMATES ARRESTED ON 06/06/2006** | | | |
| AILARA, JOYA QUIANNE | X0333967 | 06-JUN-06 12:29 PM | 0317374 | Yes | M - FAILURE TO APPEAR -/LIST ORIGINAL |
| BABB, LARRY ONEAL | X0170859 | 06-JUN-06 03:44 AM | 0317324 | No | F - FAILURE TO APPEAR -/LIST ORIGINAL ( |
| | | | | | F - PROBATION VIOLATION |
| | | | | | M - GIVING FALSE NAME/FALSE INFO TO F |
| BARNES, L C | X0306781 | 06-JUN-06 02:33 PM | 0317389 | Yes | M - PROBATION VIOLATION |
| BARNETT, EDWARD | X0102238 | 06-JUN-06 07:14 PM | 0317423 | Yes | F - AGGRAVATED CHILD MOLESTATION FE |
| BEASLEY, DERRICK DEMARCO | X0153227 | 06-JUN-06 06:54 PM | 0317418 | No | F - FIREARM POSSESSION BY CONVICTEL |
| | | | | | F - PROBATION VIOLATION |
| | | | | | M - CARRYING A CONCEALED WEAPON -/F |
| | | | | | M - Driving while license suspended or revoke |
| BEASLEY, WILLIAM GLENN | X0333986 | 06-JUN-06 07:36 PM | 0317426 | Yes | F - Interference with government property. |
| BERNARD, JERALD | X0323356 | 06-JUN-06 06:09 PM | 0317410 | Yes | F - OBSTRUCTION OF OFFICERS |
| | | | | | F - THEFT BY RECEIVING STOLEN PROPEI |
| BERRY, WARREN PATRICK | X0326191 | 06-JUN-06 06:00 PM | 0317408 | No | M - BATTERY/SIMPLE BATTERY-FAMILY VI |
| BEST, DONALD | X0333960 | 06-JUN-06 11:33 AM | 0317364 | Yes | M - Probation violation |
| BINGHAM, QUANTRELL | X0333980 | 06-JUN-06 06:26 PM | 0317412 | Yes | M - SIMPLE BATTERY -/MISD/- |
| BIZUNEH, JEMBER HAGOS | X0329317 | 06-JUN-06 10:33 AM | 0317355 | Yes | M - OBSTRUCTION OF OFFICERS |
| BLACKMAN, RODRICK YHANDS | X0259002 | 06-JUN-06 08:23 PM | 0317411 | Yes | M - Unlawful alteration, sale or exchange of to |
| BROOME, HAROLD JACKSON | X0125849 | 06-JUN-06 10:01 AM | 0317351 | Yes | M - PROBATION VIOLATION |
| BROWN, OTIS | X0333971 | 06-JUN-06 01:32 PM | 0317380 | Yes | F - Interference with government property. |
| BURTON, DAMION KENTA | X0333982 | 06-JUN-06 06:49 PM | 0317416 | Yes | M - Driving while license suspended or revoke |
| | | | | | M - Proof of insurance required. |
| | | | | | M - Unregistered vehicle; No Tag, Revalidatior |
| CALLAWAY, RICKY LAMAR | X0103995 | 06-JUN-06 01:44 PM | 0317383 | Yes | M - PROBATION VIOLATION |
| CAMPOS, BENITO MORENO | X0333968 | 06-JUN-06 12:35 PM | 0317376 | Yes | F - DRUG TRAFFIC IN COCAINE/MARIJUAN |
| CARRUTH, RASHAAD D'ANDRE | X0331325 | 06-JUN-06 05:16 PM | 0317404 | Yes | M - CRUELTY TO CHILDREN - -/FEL-1ST DE |
| | | | | | M - Loitering for drug related purposes |
| CARTER, TAMMY RENEE | X0333977 | 06-JUN-06 03:24 PM | 0317392 | Yes | F - Driving under the influence - alcohol. |
| | | | | | F - Homicide by vehicle. |
| CLEMMONS, SAMUEL | X0333963 | 06-JUN-06 12:14 PM | 0317370 | Yes | M - FAILURE TO APPEAR -/LIST ORIGINAL |
| COLLINS, JOHN | X0245738 | 06-JUN-06 10:55 PM | 0317452 | Yes | M - BATTERY-MISD. |
| | | | | | M - OBSTRUCTION OF OFFICERS |
| COOK, LAVARENNOR SADTRAVISH | X0207259 | 06-JUN-06 02:34 AM | 0317317 | Yes | M - PROBATION VIOLATION |
| COOK, MARVIN DOUGLAS | X0285610 | 06-JUN-06 04:57 PM | 0317401 | Yes | F - PROBATION VIOLATION |
| COOPER, HERBERT WILLIAM | X0308492 | 06-JUN-06 05:50 PM | 0317407 | Yes | M - PRODUCTION ORDER |
| COVINGTON, TABITHA D | X0331921 | 06-JUN-06 03:56 AM | 0317325 | Yes | M - SIMPLE BATTERY -/MISD/- |
| ELLIOTT, REGINALD RASHEED | X0274220 | 06-JUN-06 12:47 PM | 0317379 | No | F - AGGRAVATED ASSAULT-/FEL/- |
| EVANS, JOSEPH ROBBINS | 00155215 | 06-JUN-06 07:43 PM | 0317428 | Yes | M - FAILURE TO APPEAR -/LIST ORIGINAL |
| FONTAINE, CHANTEL DIONE | X0333975 | 06-JUN-06 02:13 PM | 0317387 | Yes | F - FORGERY-1ST DEGREE -/FEL/- |
| FOSTER, ALBERT | X0281526 | 06-JUN-06 04:58 PM | 0317402 | No | F - PROBATION VIOLATION |
| FRAZIER, HERMAN BERNARD | X0043749 | 06-JUN-06 05:19 AM | 0317333 | No | F - PROBATION VIOLATION |
| GAMBLE, RUEBEN LAMAR | X0333974 | 06-JUN-06 02:12 PM | 0317386 | Yes | M - Unlawful alteration, sale or exchange of to |
| GILL, ANTWIN CARDILLO | X0333940 | 06-JUN-06 03:18 AM | 0317321 | Yes | M - THEFT BY RECEIVING STOLEN PROPE |
| GLASS, CARLOS WUSHANG | 00115219 | 06-JUN-06 08:51 PM | 0317436 | No | F - BURGLARY -/FEL/- |
| | | | | | F - COCAINE-POSSESS/SELL/PURCHASE/N |
| | | | | | F - THEFT BY RECEIVING STOLEN PROPEI |
| | | | | | M - OBSTRUCTION OF OFFICERS |



July 27, 2006    ( Information last refreshed 27-JUL-2006 12:13:22 PM EST )

Charges from Court System

| Warrant Seq Maint. No. No. Code | Charge Level / Code and Description | Offense Date | Disposition Desc | Disposition Date | Sentence Description | Sentence Length | Start Date |
|---|---|---|---|---|---|---|---|
| **No Charges found in Court System for Booking No 0317370** | | | | | | | |

Charges from Jail System

| Warrant Seq Maint. No. No. Code | Charge Level / Code and Description | Offense Date | Disposition Desc |
|---|---|---|---|
| – – | MS17-6-12--FAILURE TO APPEAR -/LIST ORIGINAL CHARGE AND DOA -/FEL/MISD/ | 11-JUL-05 | RELEASED TIM |

Disclaimer
Copyright 2006. All rights Reserved.
Service provided by DeKalb County, GA

OJS Online Judicial System
DeKalb County, GA

# CLEMMONS' CASE LOG SHEET OF EVENTS FOR COURTS REVIEW

| Date | Called/Response | RESPONSE RECEIVED |
|---|---|---|
| 6/6/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/7/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/8/2006 | Dekalb City Jail - Mrs. Anderson | Requested Inmate Info; Failure to appear (NO Bond) / Misdemeanor don't understand why they are holding him. Informed me to contact another office to get information from file |
| 6/9/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/10/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/11/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/12/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/13/2006 | Dekalb City Jail / Judge Lamberth office | Requested Inmate Info; Failure to appear (NO Bond) / Spoke to Leila Thompson (District Courts) about Clemmons' cases in DC and info on arrest |
| 6/14/2006 | Dekalb City Jail / Probation Office | Was told to contact solicitors office and then forward to probation dept because I was told it was a probation violation |
| 6/15/2006 | Probation Office | Mrs. Wade's Office - left a message for Mrs. Wade told me he was due in court on 6/19 - by clerk. |
| 6/16/2006 | Probation Office / Judge Carrie's Office | Spoke to Mrs. Wade - informed of probation violation; and also informed Mrs. Erwin (former officer) was no longer there. (see below) |
| 6/17/2006 | | Information on judge(404) 687.7130 - Clerk said I need to call solicitors office / Governor's office (404) 656.1776 |
| 6/18/2006 | | |
| 6/19/2006 | Public Defenders Office | Regina Matthews - Rec'd several calls from Anna (404) 371.2222 regarding Clemmons' release and etc. |
| 6/20/2006 | Investigative Services | Clemmons was officially released due to unknown reasons pending investigation |
| 6/21/2006 | Investigative Services | Clemmons was officially released due to unknown reasons pending investigation |
| 6/22/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/23/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/24/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/25/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/26/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/27/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/28/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/29/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/30/2006 | Investigative Services | Request to have fax one page of many pages of fact to Mrs. Wade to show proof of actions were unconstitutional and without just cause or merit; Trial was denied to cause probation violations |
| FRAUD | Investigative Services | CASE OR CRIMINAL ACTION NO: 02C25757 IS FRAUD |
| FRAUD | Investigative Services | CASE OR CRIMINAL ACTION NO: 96C59102 IS FRAUD |



# INCIDENT REPORT — ATLANTA POLICE DEPARTMENT

Page 1 of 2

| | |
|---|---|
| **1. Incident No./ CICA No.** 061561937 | **2. Date of Report:** Mo. 06 Day 05 Year 06 Time 1245 |

**INCIDENT DATA**

CSS#060506-163

| 3. Beat | 5. Location of Incident (Street & street name, Apt. #) | ☐ NW ☐ NE ☐ Fulton | 10. Location Type: |
|---|---|---|---|
| 50 | 12700 Spine Rd | ☐ SW ☐ SE ☐ DeKalb / ☐ Airport | 01 |

| 11. Day / Time Incident: Mo. 06 Day 05 Year 06 Time 1240 | 12. Reporting Officer: (L/F/M, Suffix) McGrath S. | 13. Sex M | 14. APD ID No. 3387 | 15. Assignment 3758 |
|---|---|---|---|---|

| 16. Court Code: ☒ Reported Case  ☐ Witnessed Case | Off Days: S M T W (T) F S | Regular Court Time: 1500 |
|---|---|---|

**17. Describe how crime was committed / how incident occurred:** Suspect transported for U.S. Customs

| 18. Attempt Only? ☐ Yes ☒ No | 19. Weapon or Tool? N/A |
|---|---|

| 20. Temperature / Weather: ☒ 1 Clear ☐ 4 Snow  21. Forced Entry? ☐ Yes ☒ No  24. Gang Related? ☐ Yes ☒ No  27. Special Event? ☐ Yes ☒ No (List) |
|---|
| ☐ Hot ☐ Cold ☐ 2 Cloudy ☐ 5 Sleet  22. Alcohol Related? ☐ Yes ☒ No  25. Family Violence? ☐ Yes ☒ No |
| ☐ Warm ☐ Cool ☐ 3 Rain ☐ 6 Fog  23. Bias Incident? ☐ Yes ☒ No  26. Security Devices? ☐ Yes ☒ No |

| 28. Incident appear ☐ Yes drug related? ☒ No | 29. If Yes, indicate type of drug(s): | ☐ 01 Amphetamine ☐ 04 Marijuana | ☐ 02 Barbiturate ☐ 07 Methamphetamine | ☐ 05 Cocaine ☐ 08 Opium | ☐ 04 Hallucinogen ☐ 09 Synthetic Narcotic | ☐ 66 Heroin ☐ U Unknown |
|---|---|---|---|---|---|---|

**VICTIM / WITNESS DATA**

| 1. Code:* ☐ ADLT ☐ JUV ☐ BUS ☐ GOV ☐ POL | 2. Name: (L/F/M, Suffix) | 3. Race* | 4. Sex | 5. Date of Birth: / / | 6. |
|---|---|---|---|---|---|

| 8. Address: (Street #, street name, Apt. #, City, St., Zip) | 9. Work Phone ( ) | 10. Sobriety: ☐ 1 Sober ☐ 4 UI / Alcohol ☐ 6 UI / Both ☐ 2 Unk ☐ 5 UI / Drugs Alcohol / Drugs |
|---|---|---|

| 11. Temporary Address | Until | 12. Home Phone ( ) | 13. Prosecute/Testify: ☐ Yes ☐ No | 14. Victim Notified of Rights: ☐ Yes ☐ No |
|---|---|---|---|---|

| 16. Relation to Offender:* | 16. Med. Treat. - Hospital / Treat. Center: ☐ Yes ☐ No | 17. Extent of Injury ☐ None ☐ Minor ☐ Serious ☐ Fatal | 18. Location of Injury on body: | 19. Type of Injury:* |
|---|---|---|---|---|

| 20. If no injury, describe threat / act: | 21. Victim's School: (Name, Address) |
|---|---|

| 1. Code:* ☐ ADLT ☐ JUV ☐ BUS ☐ GOV ☐ POL | 2. Name: (L/F/M, Suffix) | 3. Race* | 4. Sex | 5. Date of Birth: / / | 6. |
|---|---|---|---|---|---|

| 8. Address: (Street #, street name, Apt. #, City, St., Zip) | 9. Work Phone ( ) | 10. Sobriety: ☐ 1 Sober ☐ 4 UI / Alcohol ☐ 6 UI / Both ☐ 2 Unk ☐ 5 UI / Drugs Alcohol / Drugs |
|---|---|---|

| 11. Temporary Address | Until | 12. Home Phone ( ) | 13. Prosecute/Testify: ☐ Yes ☐ No | 14. Victim Notified of Rights: ☐ Yes ☐ No |
|---|---|---|---|---|

| 16. Relation to Offender:* | 16. Med. Treat. - Hospital / Treat. Center: ☐ Yes ☐ No | 17. Extent of Injury ☐ None ☐ Minor ☐ Serious ☐ Fatal | 18. Location of Injury on body: | 19. Type of Injury:* |
|---|---|---|---|---|

| 20. If no injury, describe threat / act: | 21. Victim's School: (Name, Address) |
|---|---|

**REPORTING PERSON**

| 2. Reporting Person's Name: (L/F/M, Suffix) | 3. Race* | 4. Sex | 5. Date of Birth: / / | 6. Testify: ☐ Yes ☐ No | 7. Relation to Victim / Offender:* |
|---|---|---|---|---|---|

| 8. Sobriety: ☐ 1 Sober ☐ 2 Unknown ☐ 4 UI/Alcohol ☐ 6 UI/Drugs ☐ 8 UI/Combination of Alcohol / Drugs |
|---|

| 9. Address: (Street #, street name, Apt. #, City, St., Zip) | 10. Work Phone ( ) | 11. Home Phone ( ) |
|---|---|---|

**VEHICLE DATA**

| 1. Also see # Impound Report(s) | 2. Owner's Name: (L/F/M, Suffix) | Address: (Street #, street name, Apt.#, City, St. Zip) | 3. Work Phone ( ) |
|---|---|---|---|

| 4. Driver Name: (L/F/M, Suffix) | 5. Is Driver Owner? ☐ Yes ☐ No  Driver Arrested? ☐ Yes ☐ No | 6. Record Type: ☐ T Theft from Vehicle ☐ V Suspect Vehicle | ☐ S Stolen ☐ Other ☐ R Recovered ☐ D Damaged | 7. Home Phone ( ) |
|---|---|---|---|---|

| 8. Vehicle Type:* | 9. Year | 10. Make | 11. Model | 12. VIN |
|---|---|---|---|---|

| 13. Vehicle Style:* | 14. Color | 15. Tag Number | 16. State | 17. Year | 18. Tag Type* | 19. Doors Locked? ☐Yes ☐No  Ignition Locked? ☐Yes ☐No  Keys in Ignition? ☐Yes ☐No |
|---|---|---|---|---|---|---|

| 20. Date Lost/ Stolen / / | 21. Stolen Veh. Value $ | 22. Recovered Veh. Value $ | 23. Vehicle Reported Stolen ☐ In Atlanta ☐ Outside | If out, jurisdiction: |
|---|---|---|---|---|

**PROPERTY DATA**

| 1. Also see # Prop./Evidence Inventory(s) | 2. Cont' on back of suppl. sect. ☐ Yes ☐ No | RECORD TYPE: D - Damaged L - Lost R - Recovered S - Stolen | PROPERTY TYPE: B - Currency C - Jewelry E - Clothing F - Office Equipment G - Electronics H - Household Goods I - Firearms J - Consumables L - Other | PROPERTY STATUS: F - Found R - Returned NA - Not in Possession of APD |
|---|---|---|---|---|

| 3. Record Type* | 4. | # QUANTITY / DESCRIPTION  Make - Model - Identifying Feature | 5. Property Type* | 6. Serial No. or Identifying No. | 7. Estimated Value - $ Amount | 8. Property Status* |
|---|---|---|---|---|---|---|
| | 1 | | | | | |
| | 2 | | | | | |
| | 3 | | | | | |
| | 4 | | | | | |



(14)

**Incident / CICA No.** 0-61-56-1193-7

## ATLANTA POLICE DEPARTMENT    INCIDENT REPORT (back)

| 1. ☐ ARR ☐ Copy ☐ SUS ☐ MIS ☐ PRL AGG. | 1. ☐ ARR ☐ Copy ☐ SUS ☐ MIS ☐ PRL AGG. | 2. UCR Code* |
|---|---|---|

**3. Name (L/F/M, Suffix)** Clemmons, Samuel

| 3. Name (L/F/M, Suffix) | 4. CCIC # Entered |
|---|---|

| 5. D.O.B. 06/04/65 | 6. Sex M | 7. Race B | 8. ☐ Alias ☐ Assoc. | 5. D.O.B. | 6. Sex | 7. Race | 8. ☐ Alias ☐ Assoc. |
|---|---|---|---|---|---|---|---|

| 9. Age To | 10. Height 6-01 | 11. Weight 170 To | 12. Build* Average | 9. Age To | 10. Height To | 11. Weight To | 12. Build* |
|---|---|---|---|---|---|---|---|

| 13. Residence 577 Trillum ct. Marietta, GA | Telephone 3098 | 13. Residence | Telephone |
|---|---|---|---|

| 14. Who ID'd this person? U.S. Customs | 15. Occupation / Gang | 14. Who ID'd this person? | 15. Occupation / Gang |
|---|---|---|---|

| 057395781 GA | 16. DL State | 17. School | 16. DL State | 17. School |
|---|---|---|---|---|

| 18. Hat | 19. Tie Blue | 20. Pants ☐ Shorts ☐ Dress ☐ Skirt Gray Khaki | 18. Hat | 19. Shirt | 20. ☐ Pants ☐ Shorts ☐ Dress ☐ Skirt |
|---|---|---|---|---|---|

| 21. Coat | 22. Shoes Black | 23. Clothing Type* casual | 21. Coat | 22. Shoes | 23. Clothing Type* |
|---|---|---|---|---|---|

| 24. Hair Color BLK | 25. Style Short Afro | 26. Eye Color* Brown | 27. Eye Select* | 24. Hair Color | 25. Style | 26. Eye Color* | 27. Eye Select* |
|---|---|---|---|---|---|---|---|

| 28. Facial Hair* | 29. Teeth* | 30. Skin Tone* | 31. Complexion* | 28. Facial Hair* | 29. Teeth* | 30. Skin Tone* | 31. Complexion* |
|---|---|---|---|---|---|---|---|

| 32. Hand Use* | 33. Jewelry* | 34. Oddity* | 35. Speech* | 32. Hand Use* | 33. Jewelry* | 34. Oddity* | 35. Speech* |
|---|---|---|---|---|---|---|---|

| 36. Impairments* | 37. Amp/Deform* | 38. ☐ Scar ☐ Mark ☐ Tatoo  (location / description) | 36. Impairments* | 37. Amp/Deform* | 38. ☐ Scar ☐ Mark ☐ Tatoo  (location / description) |
|---|---|---|---|---|---|

| 39. Med. Treat. Rec'd. - Hospital / Treatment Center ☐ Yes ☐ No | 39. Med. Treat. Rec'd. - Hospital / Treatment Center ☐ Yes ☐ No |
|---|---|

| 40. Injury Extent* | 41. Injury Location (body) | 42. Injury Type* | 40. Injury Extent* | 41. Injury Location (body) | 42. Injury Type* |
|---|---|---|---|---|---|

| 43. Arrest Date 06/05 | Time 06/21/15 | 44. Arrest Location (Street #, street name, Apt. #) 123700 Spine Rd | ☐NW☐NE ☐SW☐SE | 43. Arrest Date | Time | 44. Arrest Location (Street #, street name, Apt. #) | ☐NW☐NE ☐SW☐SE |
|---|---|---|---|---|---|---|---|

| 45. Weapon | ☐ Auto | 45. Weapon | ☐ Auto |
|---|---|---|---|

| 47. # Chgs. | 48. Court Date | Time | 49. Sobriety ☐1 Sober ☐4 UI / Alcohol ☐6 UI / Both ☐2 Unk ☐5 UI / Drugs Alcohol / Drugs | 47. # Chgs. | 48. Court Date | Time | 49. Sobriety ☐1 Sober ☐4 UI / Alcohol ☐6 UI / Both ☐2 Unk ☐5 UI / Drugs Alcohol / Drugs |
|---|---|---|---|---|---|---|---|

**50. Charges (Code # Title)** Dekalb county SO FTA 06W 38252457 06W 38235457

| 50. Charges (Code # Title) |
|---|

| 61. M.P. Type* | 62. M.P. Status* | 63. Foul Play? ☐ Yes ☐ No | 64. Prev. Missing? ☐ Yes ☐ No ☐ Unk | 65. Res. Codes* | 61. M.P. Type* | 62. M.P. Status* | 63. Foul Play? ☐ Yes ☐ No | 64. Prev. Missing? ☐ Yes ☐ No ☐ Unk | 65. Res. Codes* |
|---|---|---|---|---|---|---|---|---|---|

| 66. Drug Activity: ☐ None ☐ Buy ☐ Sell ☐ Possess ☐ History of Use | 67. Drug Type* | 68. Qty. Drug. | 66. Drug Activity: ☐ None ☐ Buy ☐ Sell ☐ Possess ☐ History of Use | 67. Drug Type* | 68. Qty. Drug. |
|---|---|---|---|---|---|

| 59. Was ID work requested or completed ? ☐ Yes ☐ No | 60. Performed By | 61. Point of Entry* | 62. Method of Entry* | 63. Security Measures* |
|---|---|---|---|---|
| Work Performed: ☐ Photo ☐ Fingerprint ☐ Composite ☐ Other | | | | |

| 64. Perpetrator Actions toward Victim: (Code Series A–J)* | 65. Perpetrator Behavior / Actions: (Code Series K–S)* |
|---|---|

**NARRATIVE**

US Customs Officer Palmejar gave me a copy of his NCIC response and hit confirmation showing that Mr. Samuel Clemmons was wanted by Dekalb County SO on the above listed warrant. Based upon the information in the listed document, he arrested Mr. Clemmons and called for an Atlanta Police transport. I officer McGrath upon confirming the information via ACIC. Officer Ramsay transported Mr. Clemmons for US Customs officer Palmejar to the Clayton County Jail.

**AFFIDAVIT**

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| 68. Referred to: | 69. Reporting Officer Signature* _Kenton M. Grath_ | 69. APD ID No. 3387 |
|---|---|---|
| | 70. SWORN TO AND SUBSCRIBED BEFORE ME THIS 5 DAY OF June 2006 | |

| 71. Reviewer's Signature | 72. APD ID No. 2267 | 73. Supervisor's Signature | 74. APD ID No. |
|---|---|---|---|

ATLANTA POLICE DEPARTMENT  Form APD001, FEBRUARY 8, 1998

(15)

| SUPPLEMENTARY INCIDENT REPORT | ATLANTA POLICE DEPARTMENT | | Page 2 of 2 |
|---|---|---|---|
| 1. Incident / CICA No. 061561937 | 2. Complainant Name: (L,F,M, Suffix / Business) Officer Palmejar | 3. Date of Report: 060506 | 4. Reserved: |

**5.** U.S. Customs ran Mr. Clemmons fingerprints on the FBI database, and the warrant was also confirmed.

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| 6. Referred to: | | 7. Reporting Officer's Signature | 8. APD ID No. 3387 |
|---|---|---|---|
| | | 9. SWORN TO AND SUBSCRIBED BEFORE ME THIS 5 DAY OF June 2006 | |
| 10. Reviewer's Signature | 11. APD ID No. 207 | 12. Supervisor's Signature | 13. APD ID No. 0561 |

ATLANTA POLICE DEPARTMENT Form APD002, FEBRUARY 9, 1998

16

Incident / CICA No. 061561937

# ATLANTA POLICE DEPARTMENT

SUPPLEMENT (back)

## FAMILY VIOLENCE

1. Source Name: (L/F/M, Suffix) ☐ Victim ☐ Primary Agg.

2. Were children involved? ☐ Yes ☐ No

3. Act committed w/ children present? ☐ Yes ☐ No

4. Previous Complaints: ☐ A Zero ☐ C 6-10 ☐ U Unknown ☐ B 1-5 ☐ D More than 10

5. Existence of prior court orders indicated? ☐ Yes ☐ No ☐ Unknown

6. Victim advised of available remedies and services? ☐ Yes ☐ No

7. Type of Alleged Abuse:
☐ 01 Fatal Injury ☐ 04 Broken bones ☐ 07 Property Damage/Theft ☐ 10 Sexual Abuse
☐ 02 Perm Disability ☐ 05 Gun/Knife Wound ☐ 08 Threats ☐ 11 Other
☐ 03 Temp Disability ☐ 06 Superficial Injury ☐ 09 Abusive Language

8. Police Action Taken:
☐ 1 Arrest ☐ 3 Separation ☐ 5 Other
☐ 2 Citation ☐ 4 Mediate ☐ 6 None

9. Reason No Arrest Made:
☐ 2 Primary Aggressor not at scene ☐ 1 Juvenile
☐ 3 Insufficient Probable Cause ☐ 4 Other (List) _____

10. Primary Agg. ☐ 1 Physical Evidence ☐ 3 Other (List)
Identified by: ☐ 2 Testimonial Evidence _____

11. Substance abuse involved? ☐ Yes ☐ No    Indicate substances used:
Primary Agg.: ☐ 1 Drugs ☐ 2 Alcohol ☐ 3 Combination of drugs & alcohol
Victim: ☐ 1 Drugs ☐ 2 Alcohol ☐ 3 Combination of drugs & alcohol

12. Relationship of the parties:
☐ 1 Present Spouse ☐ 5 Stepparent ☐ 3 Parent ☐ 4 Child
☐ 2 Former Spouse ☐ 6 Stepchild ☐ 7 Foster Parent
☐ 8 Foster Child ☐ 9 None of the above, but lives in same household.

## VEHICLE DATA

2. Owner Name: (L/F/M, Suffix)    Address: (Street #, street name, Apt. #, City St., Zip)    3. Work Phone ( ) -

4. Driver Name: (L/F/M, Suffix)

5. Is Driver Owner? ☐ Yes ☐ No    Driver Arrested? ☐ Yes ☐ No

6. Record Type: ☐ S Stolen ☐ Other ☐ T Theft from Vehicle ☐ R Recovered ☐ V Suspect Vehicle ☐ D Damaged

7. Home Phone ( ) -

8. Vehicle Type:*    9. Year    10. Make:    11. Model    12. VIN

13. Vehicle Style:*    14. Color    15. Tag Number:    16. State    17. Year    18. Tag Type*    19. Doors Locked? ☐ Yes ☐ No / Ignition Locked? ☐ Yes ☐ No / Keys in Ignition? ☐ Yes ☐ No

20. Date Lost/ Stolen    21. Stolen Veh. Value $    22. Recovered Veh. Value $    23. Vehicle Reported Stolen ☐ In Atlanta ☐ Outside    If out, jurisdiction:

## VEHICLE DATA

2. Owner Name: (L/F/M, Suffix)    Address: (Street #, street name, Apt. #, City St., Zip)    3. Work Phone ( ) -

4. Driver Name: (L/F/M, Suffix)

5. Is Driver Owner? ☐ Yes ☐ No    Driver Arrested? ☐ Yes ☐ No

6. Record Type: ☐ S Stolen ☐ Other ☐ T Theft from Vehicle ☐ R Recovered ☐ V Suspect Vehicle ☐ D Damaged

7. Home Phone ( ) -

8. Vehicle Type:*    9. Year    10. Make:    11. Model    12. VIN

13. Vehicle Style:*    14. Color    15. Tag Number:    16. State    17. Year    18. Tag Type*    19. Doors Locked? ☐ Yes ☐ No / Ignition Locked? ☐ Yes ☐ No / Keys in Ignition? ☐ Yes ☐ No

20. Date Lost/ Stolen    21. Stolen Veh. Value $    22. Recovered Veh. Value $    23. Vehicle Reported Stolen ☐ In Atlanta ☐ Outside    If out, jurisdiction:

## PROPERTY DATA

Check appropriate block:    ☐ INCIDENT PROPERTY DATA    ☐ ADDITIONAL LOSS / RECOVERY REPORT

RECORD TYPE: A - Additional Loss
D - Damaged    L - Lost
R - Recovered    S - Stolen

PROPERTY TYPE:
B - Currency  C - Jewelry  E - Clothing  F - Office Equipment  G - Electronics
H - Household Goods  I - Firearms  J - Consumables  L - Other

PROPERTY STATUS:
F- Found    R - Returned
N/A - Not in Possession of Atlanta Police

| 1. Record Type* | 2. # QUANTITY / DESCRIPTION Make - Model - Identifying Feature | 3. Property Type* | 4. Serial No. or Identifying No. | 5. Estimated Value - $ Amount | 6.Property Status* |
|---|---|---|---|---|---|
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |

NOTE: If Additional Loss / Recovery Report, Complete items 7 through 12 below:

7. Owner Name: (L/F/M, Suffix)    Address: (Street #, street name, Apt. #, City St., Zip)    8. Work Phone ( ) -

9. Location Items Found / Recovered:    Address: (Street #, street name, Apt. #, City St., Zip)    10. Home Phone ( ) -

11. Recovered By: (Name)    12. Custody: (If different than owner)

ATLANTA POLICE DEPARTMENT Form APD002, FEBRUARY 9, 1998

# APD PROPERTY / EVIDENCE / INVENTORY
## (ADDITIONAL LOSS / RECOVERY REPORT)

| 1. PAGE | 2. OF | 3. DATE (mm/dd/yy) | 4. INCIDENT NUMBER |
|---|---|---|---|
| 2 | 2 | 06 /05 /06 | 0:6 1:5:6 1:9:3:7 |

| 5. Owner's Name (L/F/M, Suffix) ☐ Arrested Person ☐ Suspect ☐ Victim ☐ Other | 6. Sex | 7. Date of Birth: | 8. Control No.: |
|---|---|---|---|
| Clemmons Samuel | | 06 /04 /65 | |

**9. Address:** (Street No., Apt. #, City, St., Zip)   3 0 0 0 8
577 Trillum ct manetta Ga.

| 10. Work Phone: (404) (770) (678) ( ) - |
| 11. If Arrest, Primary Charge: (Code# / Title) |
| 12. Home Phone: (404) (770) (678) ( ) - |

**Record Type:** N - Narcotics  D - Damaged  A - Added Loss  L - Lost  R - Recovered  S - Stolen  Z - Seized

**Property Type:** G - Electronics, TV, Radio  F - Office Equip.  B - Currency  C - Jewelry  J - Consumables  E - Clothing  L - Other  I - Firearms  H - Household Goods

**Property Status:** E - Evidence  P - Property  F - Found  R - Returned  NA - Not in possession of APD

| 13. Rec. Type | 14. # QUANTITY / DESCRIPTION Make - Model - Identifying Features | 15. Prop. Type | 16. Serial No. or Other Identifying No. | 17. Estimated Value-$ Amt. | 18. Prop. Status |
|---|---|---|---|---|---|
| R | # Cannon pixma Fcp3 | | Fcp J84954 | $ .00 | P |
| R | #1 - Hewlett packard | | Cnf 53525cJ | $ .00 | P |
| R | # Radio shack charger | | model 23-032 | $ .00 | P |
| R | #Case w/ classes | | | $ .00 | P. |
| | # Bag (Black in color) | | | $ .00 | P |
| R | #Six dollars & fourty six cents (change) | | | $ 6. .00 | P |
| R | # 1- shaving kit | | | $ .00 | P |
| | #1 Blk case (suit) 1-pair bun shoes, 3- pants | | | $ .00 | |
| | #5 T-shirts, 1-cap, shaving Gel, 1-pair shorts, 1 Olymphus | | | $ .00 | |
| | #Camera. | | Camera 76528382 | $ .00 | |

| 19. Recovered By: Mc Grath  S | 20. Released To: (if different than owner) |
|---|---|

**21. Location items found or recovered:**
Address (Street No., City, St., Zip):  6000  North Terminal Pkwy

**THE REPORTING OFFICER IS RESPONSIBLE FOR GIVING THE OWNER A COPY OF THE INVENTORY REPORT, AS A RECEIPT, AND FOR INSTRUCTIONS ON HOW THE PROPERTY CAN BE RETURNED.**

| 22. Reporting Officer (L,F,M, Suffix) Mc Grath  S. | 23. APD ID Number 3381 | 24. Assignment # 3753 |
|---|---|---|
| 25. Transporting Officer (L,F,M, Suffix) Ramsey  B. C. | 26. APD ID Number 1011 | 27. Assignment # 1761 |
| 28. Owner / Defendant Signature (Copy acknowledgement) | 29. Date: | |
| 30. Property Clerk / Officer: | 31. APD ID No.: 1.570 | 32. Storage Location: |

ATLANTA POLICE DEPARTMENT Form APD 008, Revised March 2, 2006
Original - Central Records / Copy 2 - Property Control / Copy 3 - Owner
Copy 4 - Officer's Copy

**1**



(16)



CITY OF ATLANTA
BUREAU OF POLICE SERVICES
PRISONER FUND  PH. 404-853-4323
675 PONCE DE LEON AVE., NE
ATLANTA, GA 30308

5012

64-25/610
BRANCH 24135

DATE  6-20-06

PAY TO THE
ORDER OF  Samuel Clemmons        $ 6 06/100

Six   06/100                                      DOLLARS

SouthTrust
Bank
Atlanta, GA.

FOR  APD 000 737-262

⑈005012⑈ ⑇061000256⑇  00 306 817⑈

**ATLANTA POLICE DEPARTMENT**

**PROPERTY**

PROPERTY INV.#

STORAGE LOCATION

DATE 06/05/06

COMPLAINT # 061561937

LOCATION FOUND
OR RECOVERED 6000 north Terminal pkwy

ARTICLE One Bag w/clothes

SERIAL#

OWNERS NAME Clemmons, Samuel

DEFENDANT NAME  " "

CHARGES ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ARRESTING OFF. Pame Jar

S.S.#                    ASSIG. #

TRANSPORTING OFF. B.C. Ramsey ASSIG. # 1761

PROPERTY CLK. NAME

— CHECK IF STOLEN/COMPLETE OTHER SIDE

---

**ATLANTA POLICE DEPARTMENT**

**PROPERTY**

PROPERTY INV.#

STORAGE LOCATION

DATE 06/05/06

COMPLAINT # 061561937

LOCATION FOUND
OR RECOVERED 6000 north Terminal pkwy

ARTICLE One sm bag w/ personal Item tooth

SERIAL# Brush,

OWNERS NAME Clemmons, Samuel

DEFENDANT NAME  " "

CHARGES ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ARRESTING OFF. Pame Jar

S.S.#                    ASSIG. #

TRANSPORTING OFF. B.C. Ramsey ASSIG. # 1761

PROPERTY CLK. NAME

— CHECK IF STOLEN/COMPLETE OTHER SIDE

---

**ATLANTA POLICE DEPARTMENT**

**PROPERTY**

PROPERTY INV.#

STORAGE LOCATION

DATE 6-5-06

COMPLAINT # 06156-1937

LOCATION FOUND
OR RECOVERED 6000 North Terminal pkw

ARTICLE Shaving Kit

SERIAL#

OWNERS NAME Samuel Clemmoll

DEFENDANT NAME

CHARGES

ARRESTING OFF. Mcgrath,

S.S.#                    ASSIG. #

TRANSPORTING OFF.          ASSIG. #

PROPERTY CLK. NAME

— CHECK IF STOLEN/COMPLETE OTHER SIDE



# Inmate Receipt

Print Date: 6/5/2006  11:46:55PM

Number:

Name:       CLEMMONS, SAMUEL

Tran Type:  Intake Property

Tran Date:  6/5/2006 11:45:11PM



Inmate ID:    43277

| Item Name | Quantity | Condition | Type | Color | Description |
|---|---|---|---|---|---|
| BELT | 1.00 | | | BROWN | |
| MISCELLANEOUS | 1.00 | | | | |
| MISCELLANEOUS | 1.00 | | | | PAPER |
| BRACELET | 1.00 | | | | PASSPORT |
| RING | 1.00 | | | BROWN | WOODEN |
| PEN/PENCIL | 1.00 | | | YELLOW | WITH RED STONE |
| NECKLACE | 1.00 | | | | |
| SHIRT | 1.00 | | | BROWN | WOODEN |
| PANTS | 1.00 | | DRESS | BLUE | |
| SHOES | 1.00 | | DRESS | GRAY | |
| UNDERGARMENTS | 1.00 | | BOXERS | BLACK | |
| CELL PHONE | 1.00 | | | PATTERNED | |
| IDENTIFICATION CARD | 1.00 | | GEORGIA | GRAY | WITH BATTERY |
| | | | | | 5981 |

*1/at*        *White*

The above property was taken from my person and is being kept by the Clayton County Sheriff's Department / ARAMARK

Inmate Signature: _____  Date: ___6/5/06___  Officer: *No Signature* _____

I processed the above listed property. (ARAMARK - Intake Station)

Processed By: __HAMMONDS_____  Date: _____

I have verified the contents of this bag. (ARAMARK - Property Room)

Verified By: _____  Date: _____

I have received all listed property from the Clayton County Sheriff's Department. / ARAMARK

Inmate Signature: _____  Date: _____  Officer: _____

**Inmate Copy**

Page:        1

All Property In Inmate File

| | |
|---|---|
| Date: | 06/22/2006 08:40 |
| Booking#: | 0317370 |
| PCP#: | X0333963 |
| Name: | CLEMMONS, SAMUEL |

| | |
|---|---|
| Section: | |
| Block: | |
| Cell: | |
| Bed: | |

| Qty Description | Color | Prop ID | Disp | Confis Date | Released How | Release Date | Released To |
|---|---|---|---|---|---|---|---|
| **Facility: MAIN** | | | | | | | |
| **Warehouse:** PERSONAL PROPERTY | | | | | | | |
| **Location:** 2096 | | | | | | | |
| 1 SHIRT | BLUE | | S | 06/06/2006 | | 06/19/2006 | |
| 1 PANTS | GRAY | | S | 06/06/2006 | | 06/19/2006 | |
| 1 SHOES | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 SOCKS | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 BELT | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 HAT | CREAM | | S | 06/06/2006 | | 06/19/2006 | |
| 1 PASSPORT | | | S | 06/06/2006 | | 06/19/2006 | |
| 1 GA DL | | | S | 06/06/2006 | | 06/19/2006 | |
| 1 RING | YELLOW | | S | 06/06/2006 | | 06/19/2006 | |
| 1 CELL PHONE HOLDER | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 CELL PHONE | GRAY | | S | 06/06/2006 | | 06/19/2006 | |

-------------------------------------------------
Inmate Signature

-------------------------------------------------
Witness Signature

Page 1 of 1

㉒

# Property Release Form

| CASENUMBER | 061561927 | | | | |
|---|---|---|---|---|---|
| TYPE | Information | | | | |
| LOCATED_AT | 6200 NORTH TERMINAL PKWY | OFF_DATE | 06/05/2006 | | |
| LAST_NAME | CLEMMONS | LOCATED_BY | MCGRATH S | | |
| ADDRESS | 577 TRILLUM CT | FIRST_NAME | SAMUEL | MI | |
| ZIP | 30008 | CITY | MARIETTA | ST | GA |
| | | PHONE | | | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF |
|---|---|---|---|---|---|---|
| 0004 | OLYMPUS | CAMERA | 76528582 | 2 | APD000237264 | BIPR022 |

BLK SUITCASE W/ PR BRN SHOES, 3 PR PANTS, 5 T-SHIRTS, CAP, SHAVING
GEL,SHORTS, OLYMPUS CAMERA

CURRENCY AMT: $0.00

| Received By | Reason | Date | Time |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

# ATLANTA POLICE DEPARTMENT

## Property Release Form

| | |
|---|---|
| **CASENUMBER** | 061561927 |
| **TYPE** | Information |
| **LOCATED_AT** | 6200 NORTH TERMINAL PKWY |
| **LAST_NAME** | CLEMMONS |
| **ADDRESS** | 577 TRILLUM CT |
| **ZIP** | 30008 |

| | |
|---|---|
| **OFF_DATE** | 06/05/2006 |
| **LOCATED_BY** | MCGRATH S |
| **FIRST_NAME** | SAMUEL    **MI** |
| **CITY** | MARIETTA    **ST**    GA |
| **PHONE** | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF | |
|---|---|---|---|---|---|---|---|
| 0003 | SHAVING KIT SHAVING KIT | | NSNA | 2 | APD000237263 | BIPR021 | |
| | | | | | | CURRENCY AMT: | $0.00 |

| Received By | Reason | Date | Time |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

14

# ATLANTA POLICE DEPARTMENT

## Property Release Form

| | | | | |
|---|---|---|---|---|
| **CASENUMBER** | 061561927 | | | |
| **TYPE** | Information | **OFF_DATE** | 06/05/2006 | |
| **LOCATED_AT** | 6200 NORTH TERMINAL PKWY | **LOCATED_BY** | MCGRATH S | |
| **LAST_NAME** | CLEMMONS | **FIRST_NAME** | SAMUEL | **MI** |
| **ADDRESS** | 577 TRILLUM CT | **CITY** | MARIETTA | **ST**  GA |
| **ZIP** | 30008 | **PHONE** | | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF | |
|---|---|---|---|---|---|---|---|
| 0002 | CASH | | NSNA | 2 | APD000237262 | BIVPL2 | |
| | CASH $6.06 | | | | | CURRENCY AMT: | $6.06 |

| Received By | Reason | Date | Time |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

# Property Release Form

| CASENUMBER | 061561927 | | |
|---|---|---|---|
| TYPE | Information | | |
| LOCATED_AT | 6200 NORTH TERMINAL PKWY | OFF_DATE | 06/05/2006 |
| LAST_NAME | CLEMMONS | LOCATED_BY | MCGRATH S |
| ADDRESS | 577 TRILLUM CT | FIRST_NAME | SAMUEL    MI |
| ZIP | 30008 | CITY | MARIETTA    ST    GA |
| | | PHONE | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF |
|---|---|---|---|---|---|---|
| 0001 | CANON | PIXMA | FCPJ84954 | 2 | APD000237261 | BIPR020 |

BLK BAG W/ CANONPIXMA, HP LAPTOP COMPUTER (CAT53525LJ),RADIO SHACK    CURRENCY AMT:    $0.00
CHARGER, EYEGLASSESIN CASE,

| Received By | Reason | Date | Time |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

DeKalb County Sheriff Inmate Property Fund
4425 Memorial Drive
Decatur, GA 30032
(404) 298-8500

Wachovia Bank

64-22
610

020173

| DATE | CHECK NO. | CHECK AMOUNT |
|------|-----------|--------------|
| 07/10/2006 | 20173 | 30.16 |

VOID AFTER 90 DAYS

PAY
TO
THE
ORDER
OF

Thirty  Dollars and 16/100ths

SAMUEL CLEMMONS

Thomas E. Brown

⑈020173⑈ ⑆061000227⑆ 20007370229358⑈

**DeKalb County Sheriff Inmate Property Fund** • Decatur, GA 30032

VENDOR NO.

VENDOR NAME        020173

| TRANSACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|------------------|-----------|--------------|-----------|------------|
| 07/10/2006 | CLEMMONS, SAMUEL : 0317370 CID/Agency# X4756 | | | 30.16 |
| 07/10/2006 | 20173 | | | 30.16 |

| CHECK DATE | CHECK NO. | TOTAL GROSS | TOTAL DEDUCTION | CHECK AMOUNT |
|------------|-----------|-------------|-----------------|--------------|
| | | | | |

27