


June 19, 2006     ( Information last refreshed 19-JUN-2006 12:18:06 PM EST )

### Jail ID / Name Search

| | | | |
|---|---|---|---|
| SPN#: | X0333963 | Race: | All Races |
| Last Name: | CLEMMONS | Inmate Status: | ● Jailed  ○ All |
| First Name: | SAMUEL | Sex: | All |
| ✓ Exact Last Name Search   ○ Phonetic Search | | DOB From: | MM/DD/YYYY |
| **search**   **reset** | | DOB To: | MM/DD/YYYY |

#### Inmate's Booking Details

| Last Name | First Name / MI | SPN # | Birth Date | Age At Booking | Released |
|---|---|---|---|---|---|
| CLEMMONS | SAMUEL | X0333963 | 14-MAR-65 | 41 | No |

Arrested: 06-JUN-06   Released: No   Arresting Officer: JONES./ROBBINS   Badge: 1993-2450   Agency: DEKALB SHERIFF   Arrest [
Current Housing Assignment: Section-4, Block-SW, Cell-303, Bed-1
*Booking No: 0317370   Booked-In: 06-JUN-06 12:14 PM   Booked-Out:   Booking Photo

*Click on Booking Number to compare charges between the Jail system and Court System.

#### Inmate's Personal Information at Time of Booking

| | | | |
|---|---|---|---|
| CLEMMONS, SAMUEL<br>577 TRILL COURT<br>ATLANTA, GA 30008 | Height: 71<br>Weight: 180 LBS<br>Hair Color: Black<br>Eye Color: Brown | Race: Black<br>Sex: Male<br>Complex: --- | |

#### Inmate's Related Cases

| Case ID | Description | Filing Date | Status |
|---|---|---|---|
| *No Court Cases Found.* | | | |

#### Inmate's Bond Information

| Bond ID | Date Set | Amount | Description | Date Posted | Posted By | Special Conditions | Cash Alt.? |
|---|---|---|---|---|---|---|---|
| *No Bond Information found.* | | | | | | | |

#### Inmate's Detainer Information

| Complaint # | Detainer Charges | Complaint Date | Issuing Agency | Complaint Released? | Release Date/Time |
|---|---|---|---|---|---|
| | SOID | 06-JUN-06 | | Yes | 06-JUN-06 08:13:20 PM |

Disclaimer
Copyright 2001. All rights Reserved.
Service provided by DeKalb County, GA

**OJS** Online Judicial System
DeKalb County, GA







```
DeKalb County Jail
Date: 06/12/2006
Time: 19:46
Receipt#: 1064357
Officer Printing Receipt: 1472
Name: CLEMMONS, SAMUEL
Booking#: 0317370
    PCP#: X033763

Section: 4                    303
  Block: SW
   Cell: 303
    Bed: 1
Date/Time       Code           Amount
-----------------------------------------
Description     Type           Check
-----------------------------------------
06/12/2006 19:45 Deposit        30.00
TAMMY BOND

DLN#: 08+536520994

       Total All Transactions   30.00
Beginning Balance: .16
Ending Balance: 30.16

X Tammy O Bond
Inmate Signature Line

=========================================
Officer Signature Line
```

Second receipt (carbon copy):
```
Name: CLEMMONS, SAMUEL
SPN #: X033763
Booking #: 0317370
Receipt #: 1063917
6/12/2006  12:21:59PM

Section: 4    Block: SW
   Cell: 303    Bed: 1

* TAX THIS SALE
1 ANTIBACTERIAL SOAP    $0.04  $0.04 TAX T
1 PILLOWS               $1.25  $1.25 622
1 HEAD & SHOULDERS      $1.95  $1.95 859
1 SMALL COMB            $3.75  $3.75 736
1 SHAVE GEL 2 OZ        $0.35  $0.35 741
1 BIC PEN               $0.50  $0.50 615
1 LEGAL TABLET          $0.40  $0.40 322
1 .05 SURCHARGE         $0.95  $0.95 831
                        $0.05  $0.05 9999
Total Order:   $9.84

Beginning Balance:   10.00
Ending Balance:      $0.16

Inmate Signature Line
```

```
HARTSFIELD ATLANTA                HARTSFIELD ATLANTA
   INT'L AIRPORT                     INT'L AIRPORT
   *** thank you ***                 *** thank you ***

Entrance: 09:29 06/28/06 Lane 14   Entrance: 12:02 06/22/06 Lane 14
Exit     11:07 06/29/06 Lane 41   Exit      13:06 06/22/06 Lane 45
    CASHIER 135 SEQ# 6213              CASHIER 135 SEQ# 1535
    AMOUNT PAID   $002.00              AMOUNT PAID   $001.00
```

(31)

1ST REQUEST

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

To:   ✓ Sergeant _IN CHARGE : SHERIFF_          Date: _06-08-06_
      ___ Commissary
      ___ Inmate Services
      ___ Other _____                 Cell Location: _4SW 303_

From: _CLEMMONS, SAM_

## TYPE OF REQUEST

___ Request Property Disposition          ___ To See Chaplain
___ G.E.D. Program                         ___ Mail Room
___ Social Worker                          ✓ Law Library
___ Maintenance                            ___ Reading Library
                                           ✓ Other (see remarks)

### REMARKS - MUST BE LEGIBLY PRINTED

① INMATE REQUEST FOR GRIEVANCE PROCEDURE ACCORDING TO ARTICLE 6.3
② INMATE RIGHTS TO BE INFORMED OF THE RULES, PROCEDURES, AND SCHEDULE CONCERNING MY INCARCERATION. I HAVE THE RIGHTS TO REVIEW THE JUSTICE RECORDS AGAINST ME-
③ I THE INMATE HAVE THE RIGHTS TO BE GIVEN TRUTHFUL INFORMATION IN REFERENCE TO WHY ALL MY CIVIL RIGHTS, CONSTITUTIONAL RIGHTS, AND HUMAN RIGHTS HAVE BEEN VIOLATED. WHY HAVEN'T I BEEN BEFORE A JUDGE WITHIN 24 TO 48 HOURS AFTER MY ARREST TO ANSWER TO THE CHARGES HAS BEEN APPLIED AGAINST ME AND TO ACCEPT BOND AND TO RETURN TO DEFEND MYSELF. MANY REQUESTS HAVE BEEN SUBMITTED AND MANY MISLEADING ENTRANCES IN RELATION TO MY REQUESTS HAVE

ACTION TAKEN          DO NOT WRITE BELOW THIS LINE          DEPARTMENT USE ONLY

㉜

BEEN GIVEN. WHICH IS A VIOLATION OF THE LAW FOR ANY FEDERAL, STATE OR LOCAL ORGANIZATION THAT RUNS OFF FEDERAL AND STATES FUNDS TO SEND OUT UNTRUTHFULL INFORMATION AND TO BE IN VIOLATION OF SOMEONE CIVIL RIGHTS, CONSTITUTIONAL RIGHTS AND HUMAN RIGHTS.

SEE AND HAVE A FULL UNDERSTANDING OF U.S.C. # 1800 AND THE STEPS AND PROCEDURES IN THE DUE PROCESS OF LAW.

CC: RECORDS
U.S. COURTS

_[signature]_
COMPLAINT / DEFENDANT

(33)

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### REQUEST FROM INMATE
#### DO NOT USE FOR A MEDICAL REQUEST

To: ✓ Sergeant IN CHARGE : SHERIFF   Date: 06-10-06

___ Commissary

___ Inmate Services

✓ Other MRS. DROZIER : PUBLIC RECORD   Cell Location: 4SW 303
ATTN: RECORDS : RETENTION

From: CLEMMONS

## TYPE OF REQUEST

___ Request Property Disposition          ___ To See Chaplain
___ G.E.D. Program                         ___ Mail Room
___ Social Worker                          ✓ Law Library
___ Maintenance                            ___ Reading Library
                                           ✓ Other (see remarks)

## REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, THIS IS THE INMATE THIRD REQUEST IN 3 DAYS REQUESTING COMPLETE GRIEVANCE PROCEDURES ACCORDING TO THE U.S. CONSTITUTIONAL LAW UNDER ANY DUE PROCESS OF LAW. ACCORDING TO THE CONSTITUTIONAL LAW UPON ARRESTING AND BOOKING A PERSON ALL LAW ENFORCEMENT AGENCIES HAVE UP TO 24 TO 48 HOURS TO GET SUCH PERSON WHOM WAS ARRESTED TO THEIR PRE TRAIL HEARING TO ENTER A PLEA OF GUILTY OR NOT GUILTY. IF SUCH LAW ENFORCEMENT AGENCY IS NOT SUCCESSFUL IN ADMINISTRATING THE PROPER DUE PROCESS OF LAW WITHIN 72 HOURS, IT CONSTRUE AN AUTOMATIC RELEASE OF SUCH PERSON REGARDLESS OF WHAT WARRANT OR ACTIONS ONE WISHES TO HOLD AGAINST SUCH PERSON. THE LAW IS THE LAW AND (OVER)

ACTION TAKEN          DO NOT WRITE BELOW THIS LINE          DEPARTMENT USE ONLY

NO MAN OR WOMAN IS ABOVE SUCH LAW.

SINCE I HAVE BEEN CONFINED UNCONSTITUTIONAL IN THIS FACILITY I HAVE BEEN GIVEN YOUR DEKALB COUNTY JAIL INMATE HANDBOOK WHICH YOU DESIRE ALL YOUR INMATES IN THIS PLACE TO ABIDE BY. IT ASHAME AFTER READING PAGE 3 IN YOUR INTRODUCTION, SECTION I WHERE IT STATES "WE IN THE SHERIFF'S OFFICE HOLD OURSELVES AND OTHERS ACCOUNTABLE TO MAINTAIN THE HIGHEST DEGREE OF INTEGRITY, TO PRESENT A PROFESSIONAL DEMEANOR, TO OBEY ALL LAWS AND ORDINANCES, AND TO SERVE AS ROLE MODELS IN OUR COMMUNITY. WE VALUE RESPECT, HONORING THE RIGHTS AND DIGNITY OF EACH PERSON WE ARE CALLED UPON TO SERVE.

IF SUCH STATEMENTS STATED ABOVE IS TRUTHFUL, LEGAL AND CORRECT, THEN WHY AM I STILL SITTING HERE IN YOUR JAIL FACILITY CREATING THIS OR THOSE RECORDS REQUEST FOR CONSTITUTIONAL JUSTICE ACCORDING TO THE LAW?

WHY AM I NOT FREE FROM YOUR DISCRIMINATED PRACTICES ACCORDING TO THE LAW?

I SAY, "GIVE ME JUSTICE ACCORDING TO THE LAW OR YOU MUST LET ME GO DUE TO YOUR VIOLATION OF MY HUMAN RIGHTS AND THE LAW."

I REST AND PLACE THIS STATEMENT IN THE HANDS OF OTHERS WHO YOU CAN WITNESS MY STATEMENTS REQUEST FOR JUSTICE AND RELIEF FROM YOUR AGENCY AND COURT'S WRONGFUL ACTIONS.

FOR IMMEDIATE CONTACT IN RELATION TO MY RELEASE REQUEST SEND YOUR MAIL TO MY LOCATION WHICH IS:

S. CLEMMONS, 4SW303
4425 MEMORIAL DRIVE
DECATUR, GA 30032

AT THE TIME OF THIS REQUEST IT HAS BEEN WELL OVER 96 HOURS OF YOU HAVING ME HERE ILLEGALLY.

CC: STAFF
MS. DROZIER
U.S. COURTS
RECORDS

_Sam Clemmons_
COMPLAINANT

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

*5TH REQUEST*

To: ✓ Sergeant _IN CHARGE : SHERIFF_       Date: _6/12/2006_

☐ Commissary

☐ Inmate Services

✓ Other _MRS. DROZIER : PUBLIC RECORDS_      Cell Location: _4SW 303_
_ATTN: RECORDS : RETENTION_

From: _Clemmons_

---

## TYPE OF REQUEST

☐ Request Property Disposition           ☐ To See Chaplain
☐ G.E.D. Program                          ☐ Mail Room
☐ Social Worker                           ✓ Law Library
☐ Maintenance                             ☐ Reading Library
                                          ✓ Other (see remarks)

---

### REMARKS - MUST BE LEGIBLY PRINTED

For the record, this is my 5th request for information concerning the full details of my records request as to why are you holden me against my constitutional rights? As of this date, I'm filen this request you have failed to honor any of my requests and have failed to provide truthful information to myself from the inside and truthful information to those who are workent for me on the outside concerning getten me released accordent to the law. Accordent to the Freedom of Information Act and the rights to privacy act one is entitled to receive complete requested information associated with one name or character.

---

**ACTION TAKEN**     DO NOT WRITE BELOW THIS LINE     **DEPARTMENT USE ONLY**

IN ASSOCIATE WITH THIS REQUEST, I'M REQUESTING IMMEDIATE RELEASAL OF THE JUDGE NAME WHOM ADMINISTRATED THIS WRONGFUL BENCH WARRANT TO PLACE ME HERE TODAY TO CAUSE THE PAYERS MANY WASTED DOLLARS FOR YOUR AGENCY UNETHICAL BEHAVIOR IN RELATED TO MANY MORE WRONGFUL CONDUCT.

I'M ONLY REQUESTING THE FULL NAME AND PHONE NUMBER OF SUCH JUDGE TO HAVE THIS MATTER RESOLVED AS SOON AS POSSIBLE THROUGH BEEN RELEASED ON AN SOR OR BIND.

THIS IS A PUBLIC RECORD REQUEST THAT SHOULD BE HONORED AT THE TIME YOU READ THIS REQUEST

[signature]

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### REQUEST FROM INMATE
#### DO NOT USE FOR A MEDICAL REQUEST

To:  ____ Sergeant _____

____ Commissary

____ Inmate Services

✓ Other _Governor's Office_
_U.S. Courts_

From: _Clemmons, Sam_

Date: _6/12/2006_

Cell Location: _ASW 305_

## TYPE OF REQUEST

____ Request Property Disposition

____ G.E.D. Program

____ Social Worker

____ Maintenance

____ To See Chaplain

____ Mail Room

✓ Law Library

____ Reading Library

✓ Other (see remarks)

### REMARKS - MUST BE LEGIBLY PRINTED

For the record, on June 12, 2006 I the inmate listed in the from section of this request form state on the record that on said date I initiated an inquiry into the watch tower concerning regarding me and why I'm being intentionally be held against my constitutional rights. I clearly explained to the correctional officer who was in/near the tower with officer Stockman that I have been in the custody of Dekalb County Jail well over the 48 to 72 hours required by law to be before a judge for my initial appearance which I have been my pre trial. After explaining such to the officer, the officer (in

ACTION TAKEN            DO NOT WRITE BELOW THIS LINE            DEPARTMENT USE ONLY

(30)

look me up in the Jail database and publicly informed me over the intercom system that the alleged charge against me has be upgraded from a ~~misdemeanor~~ (SC) misdemeanor to a felony charge and that it appear that I will not be release or go before a court within the time frame of 30 to 45 days.

I disagreed with the officer before the other inmates and the officer refused to continue to discuss the matter or issue as well as refused to give or grant his name for the record as well as give out a grievance form requested after placing such request according to Dekalb County Jail Inmate Handbook. Section 6.3, page 25. (End)

Respectfully Submitted

Samuel Clemmons
Pro Se

I the inmate listed below sign this statement in conjunction with the inmate that wrote this request and have submitted this request form for change, adjustment into the wrongfully tactics of the Dekalb County Jail Facility. This statement is true and correct that on such date such ~~action~~ communication did happen. I sign my name as facts to it:

1. Cameron Denson SPN# L0275780
2. Sean Hayes Miles# X0333887
3. Michael Richardson X0286906
4. Carl Hilton 00118024
5. Johnny B. Davis
6. Detrick Jordan X0222054
7. Elliot Leneveret X0058166
8. Rayfield Dotson X0319807
9. Juan Romeroie X0333182
10. Llanas Mauricio X0330501
11. victor manuel X0329513
12. Carlos Gallegos X0354235
13. Terrell Pye X0333528
14.
15.
16.
17.
18.
19.

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

6TH REQUEST

To:  ✓ Sergeant _____
     ___ Commissary
     ___ Inmate Services
     ✓ Other _____

Date: 06-13-2006

Cell Location: 4SH 303

From: CLEMMONS

### TYPE OF REQUEST

___ Request Property Disposition         ___ To See Chaplain
___ G.E.D. Program                       ___ Mail Room
___ Social Worker                        ✓ Law Library
___ Maintenance                          ___ Reading Library
                                         ✓ Other (see remarks)

### REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, ON THIS DATE I ADDRESSED MY CONCERNS GETTING RELEASE WITH CORRECTIONAL OFFICER DESK SPEKMAN OR SPECKMAN. I CLEARLY ADVISED OFFICER SPECKMAN THAT THIS FACILITY IS IN VIOLATION OF MY CONSTITUTIONAL RIGHTS AND THE PROPER DUE PROCESS OF LAW. OFF SPECKMAN WAS VERY RUDE AND SHOWED NO CONCERN FOR THESE VIOLATIONS AND ENDED THE CONVERSATION BY STATING RETURN TO SEE HIM LATER WHEN HE WAS NOT DOING ANYTHING UPON MY INITIAL REQUEST.

NOW I RETURNED TO GET ANSWERS, THE RESULTS WERE I WAS TOLD BY ANOTHER OFFICER WHO WORKED THE TOWER WITH OFF SPECKMAN THE OTHER OFFICER OPENLY INFORMED ME WHILE IN THE PRESENT OF OTHER INMATES THAT I'M BEING CHARGED WITH A FELONY CRIME

ACTION TAKEN          DO NOT WRITE BELOW THIS LINE          DEPARTMENT USE ONLY

INSTEAD OF A MISDEMEANOR CRIME WITHOUT BEING READ MY RIGHTS AT THE TIME OF ARREST AND WITHOUT ANY NOTICE BEING GIVEN BY THE COURTS SINCE I HAVE BEEN IN THE CUSTODY OF THE DEKALB COUNTY CORRECTIONAL FACILITY.

IF SUCH IS TRUE AT THE TIME OF SUCH CHARGE IN THE SYSTEM THE JUDGE OR THE JUDGE CHAMBER COULD HAVE SET BOND IN THE SYSTEM INSTEAD OF CONTINUE TO JAIL ME BEYOND THE TIME THE LAW REQUIRED TO BE IN VIOLATED OF MY CONSTITUTIONAL RIGHTS.

THE NAME THE CORRECTIONAL OFFICER BY THE NAME OF SPEAKMAN GAVE ME TO INFORM AND TO ADVISE WHO IS FULLY RESPONSIBLE FOR THIS WRONGDOING IS JUDGE CARLSENE IN STATE COURT CASE CHARGE ABANDONMENT.

I PLACE THIS RECORD INTO THE MOTION TO ENTER DISCOVERY AS PROOF THAT SUCH INCIDENT DID HAPPEN ON THE DATE INDICATE IN THIS REQUEST DOCUMENT.

THIS LOG REQUEST ALSO SHOULD SHOW THAT THE JUDGE WHO ADMINISTERED SUCH WARRANT IS UNETHICAL, BIASED, NOT FAIR, AND IS PREJUDICE ACCORDING TO THE LAW. THEREFORE THE DEFENDANT IS REQUEST FOR CHANGE OF VENUE THE CHANGE OF VENUE SHOULD BE HONORED TO A NEUTRAL COURT WITHIN ANOTHER JURISDICTED DISTRICT THE STATE OF GEORGIA.

CC: RECORD
    U.S. COURTS
    DEKALB COUNTY JAIL
    GOVERNOR'S OFFICE

COMPLAINANT / DETAINEE

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### REQUEST FROM INMATE
#### DO NOT USE FOR A MEDICAL REQUEST

To:  ____ Sergeant _____   Date: 6/14/06

____ Commissary

____ Inmate Services

✓ Other U.S. CUSTOM AGENCY : TAMMY BOND   Cell Location: 4SW 303

From: CLEMMONS, SAMUEL
REQUESTER ARRESTED AT THE ATLANTA INTERNATIONAL AIRPORT BY U.S. CUSTOM AGENCY

## TYPE OF REQUEST

____ Request Property Disposition          ____ To See Chaplain
____ G.E.D. Program                        ____ Mail Room
____ Social Worker                         ✓ Law Library
____ Maintenance                           ____ Reading Library
                                           ✓ Other (see remarks)

## REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, AS OF THIS DATE JUNE 14TH, 2006, I'M PLACING THIS FEDERAL REQUEST THROUGH THIS RELEASE FORM FOR THE U.S. CUSTOM AGENCY TO RELEASE ALL PROPERTY REQUESTED IN THIS REQUEST AND THROUGH MY SIGNED POWER OF ATTORNEY ACCORDED TO THE FREEDOM OF INFORMATION ACT AND PRIVACY ACT. THE ITEMS IN THIS REQUEST ARE:

① FEDERAL CITATION REPORT AND FEDERAL ARREST REPORT (DISPLAYED FELONY CHARGES)

② RELEASE A CERTIFIED TRUE CUSTOM ENTRY FORM

③ RELEASE TWO SET OF LUGGAGE RECD. HELD BY DELTA AIRLINES

Samuel Clemmons   6/14/2006

**ACTION TAKEN**       DO NOT WRITE BELOW THIS LINE       **DEPARTMENT USE ONLY**

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### REQUEST FROM INMATE
**DO NOT USE FOR A MEDICAL REQUEST**

**To:**
- ___ Sergeant _____
- ___ Commissary
- ___ Inmate Services
- ✓ Other: U.S. Custom Agency : Tammy Brito

**Date:** 6/14/06

**Cell Location:** 4SW 303

**From:** Clemmons, Sam
Requester arrested at the Atlanta International Airport by the U.S. Custom Agency.

## TYPE OF REQUEST

- ___ Request Property Disposition
- ___ G.E.D. Program
- ___ Social Worker
- ___ Maintenance
- ___ To See Chaplain
- ___ Mail Room
- ✓ Law Library
- ___ Reading Library
- ✓ Other (see remarks)

### REMARKS - MUST BE LEGIBLY PRINTED

For the record as of this date June 14th, 2006 I'm placing this federal request through this release form for the U.S. Custom Agency to release all property requested in this request and through my signed power of attorney according to the Freedom of Information Act and Privacy Act. The items listed in this request are:

1. Federal citation report and federal police report (describe your felony charges)
2. Release a certified custom entry form
3. Release two set of luggage being held by Delta Airlines

[signature] 6/14/2006

**ACTION TAKEN** | DO NOT WRITE BELOW THIS LINE | **DEPARTMENT USE ONLY**

(43)

**Attention:** Delta Airlines Baggage Claim / Personal Property Dept.

**From:** Samuel L. Clemmons c/o Tammy D. Bond

**Subject:** **Samuel L. Clemmons (Baggage)**

**Date:** June 9, 2006

To Whom It May Concern:

I, Samuel L. Clemmons, authorized Tammy D. Bond to pickup and claim my personal belongings from Delta Airlines baggage claim and/or customs authorities. My baggage claim #_____ and ticket/reservation #_4006 DL2 19933_ and flight #_306_ .

I, Samuel L. Clemmons, was en-route from Costa Rica on Monday, June 5, 2005, when I an incident occurred that resulted in me being taken into custody by customs.

So please accept this letter as authorization for Tammy D. Bond to pick up and claim my personal belongings.

Thank you in advance.

_____  6/14/2006                    _____
Signature/Date: Samuel L. Clemmons              Signature/ Date: Tammy D. Bond


_____                              _____
Notary                                                Date:

**Attention**:   Atlanta Police (Property Dept)

**From:**   Samuel L. Clemmons c/o Tammy D. Bond

**Date:**   June 9, 2006

## Subject: Samuel L. Clemmons (6/4/05) / Personal Property

List of all personal property in custody:

| # | Item |
|---|---|
| 1. | FEDERAL CITATION PENALTY : FEDERAL POLICE REPORT |
| 2. | RELEASE A CERTIFIED CUSTOM ENTRY FORM |
| 3. | RELEASE A SET OF LUGGAGE LOCK HELD BY DELTA AIRLINES |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |

I, Samuel L. Clemmons, authorize, **Tammy D. Bond**, to pick up all my personal property from the Property Department of the Atlanta Police Department located on Ponce De Leon.

_____  6/14, 2-06         _____
Samuel L. Clemmons / Date:                    Tammy D. Bond / Date:

_____
Notary

(45)