# EXHIBIT # 3

```
NAMES FOUND:
01CLEMMONS    SAMUEL

REC LOCATR:   HDQ1POL9MXB/1050359/FLL1
HA FACTS:     OSI DL CTCP 800 221 6666 DELTA VACATIONS
HA FACTS:     OSI DL FF2515976906-CLEMMONS/SAMUEL
REMARKS:      MR.
REMARKS:      -07APR06/0006Z/ KG/GS/MIA -CMS

¥>>MD<
NO ACTIVE ITINERARY

HISTORY:
AS DL 01146 U 25MAY06 JAN ATL DK/DK 01 755A 1008A
AS SEAT RS/DK 35D CLEMMONS/SAMUEL     DL 1146 25MAY06 JANATL
AS DL 00295 U 25MAY06 ATL LIR DK/DK 01 1103A 1257P
AS SEAT RS/DK 31D CLEMMONS/SAMUEL     DL 295  25MAY06 ATLLIR
AS DL 00306 U 05JUN06 LIR ATL DK/DK 01 217P 810P
AS SEAT RS/DK 45D CLEMMONS/SAMUEL     DL 306  05JUN06 LIRATL
AS DL 04499 U 05JUN06 ATL JAN DK/DK 01 1052P 1107P
¥>>MD<
AS SEAT RS/DK 18B CLEMMONS/SAMUEL     DL 4499 05JUN06 ATLJAN
PS FLL 1P T10503590WDK GS PM FLLUSFLL1P
HDQ 1P RM  03APR06 23:28 9ED816
AF OSI DL FF2515976906-CLEMMONS/SAMUEL
MIA GS KG 977077    08APR06 00:06 062412
XS DL 01146 U 25MAY06 JAN ATL DK/HK 01 755A 1008A
XS SEAT XR/RS 35D CLEMMONS/SAMUEL     DL 1146 25MAY06 JANATL
XS DL 00295 U 25MAY06 ATL LIR DK/HK 01 1103A 1257P
XS SEAT XR/RS 31D CLEMMONS/SAMUEL     DL 295  25MAY06 ATLLIR
XS DL 00306 U 05JUN06 LIR ATL DK/HK 01 217P 810P
¥>>MD<
XS DL 00295 U 25MAY06 ATL LIR DK/HK 01 1103A 1257P
XS SEAT XR/RS 31D CLEMMONS/SAMUEL     DL 295  25MAY06 ATLLIR
XS DL 00306 U 05JUN06 LIR ATL DK/HK 01 217P 810P
XS SEAT XR/RS 45D CLEMMONS/SAMUEL     DL 306  05JUN06 LIRATL
XS DL 04499 U 05JUN06 ATL JAN DK/HK 01 1052P 1107P
XS SEAT XR/RS 18B CLEMMONS/SAMUEL     DL 4499 05JUN06 ATLJAN
PS FLL 1P T10503590WDK GS PM FLLUSFLL1P
HDQ 1P RM  08APR06 04:41

***END OF DISPLAY***
>
```

(47)