# EXHIBIT # 6

CLEMMONS V. U.S. CUSTOMS AND BOARDER PROTECTION
CASE # 1:06CV01286 (RCL)

# FOR THE RECORD

# U.S. CUSTOMS AND BOARDER PROTECTION

# CALENDAR DAYS FOR TIMELY FILING A RESPONSE TO SUMMONS SERVED

# UPON THE DEFENDANT AS OF

# JULY 28TH, 2006

# (SEE ATTACHED CALENDER)

# FOR DEADLINE DATE AS OF

# AUGUST 27TH, 2006

(5l)

# JULY 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 #2 DAY | 24 #3 DAY | 25 | 26 | 27 | 28 REC'D: Summons Complaint Eleventh Day | 29 #D DAY |
| 30 | 31 | | | | | |

"It is harder to preserve than to obtain liberty."
-- John C. Calhoun
Vice President of the United States

SAMUEL CLEMMONS
vs.
UNITED STATES CUSTOMS & BOARDER PROTECTION

(57)

# AUGUST

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | "It doesn't take a hero to order men into battle. It takes a hero to be one of those men who goes into battle." — Norman Schwarzkopf, Former Army General and Commander of Desert Storm Operations | 1 #4 DAY | 2 #5 DAY | 3 #6 DAY | 4 #7 DAY | 5 #8 DAY |
| 6 #9 DAY | 7 #10 DAY | 8 #11 DAY | 9 #12 DAY | 10 #13 DAY | 11 #14 DAY | 12 #15 DAY |
| 13 #16 DAY | 14 #17 DAY | 15 #18 DAY | 16 #19 DAY | 17 #20 DAY | 18 #21 DAY | 19 #22 DAY |
| 20 #23 DAY | 21 #24 DAY | 22 #25 DAY | 23 #26 DAY | 24 #27 DAY | 25 #28 DAY | 26 #29 DAY |
| 27 #30 DEADLINE DAY! | 28 LATE IF FILED ON THIS DAY | 29 (30) | 30 | 31 | | |

SAMUEL CLEMMONS
vs.
UNITED STATES CUSTOMS & BOARDER PROTECTION