# EXHIBIT # 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL CLEMMONS ) | CIVIL ACTION NO: |
| Plaintiff ) | |
| ) | **1:06CV01286(RCL)** |
| vs. ) | |
| ) | September 15, 2006 |
| ) | |
| THE U.S. CUSTOMS AND BOARDER ) | |
| PROTECTION AGENCY ) | |
| ) | |
| Defendant | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Judgment by Default after entering confirmed facts against the Defendant's actions for failing to response and obeying the Court's instructions. The Plaintiff has demonstrated good cause shown by means of Affidavit Service filed in a timely manner.

The Plaintiff's <u>ORDER</u> requests should be granted including the Plaintiff's Action Requests to Subpoena Duces Tecum to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendant's Motions requests will be DENIED. It is also ORDERED that any of the Defendant's Motion requests to dismiss will be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment by Default is <u>GRANTED</u>.

SO ORDERED this _____ day of _____ 2006

_____
United States District Court Judge

Copies to:

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Defendant's Counsel

Karen L. Melnik
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on this 14th day of September 2006, a true copy of the PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS PLACING SUCH DEFENANT IN DEFAULT was served by certified regular mail concerning case # 1:06CV001286 (RCL):**

To: Defendant's Counsel

Karen L. Melnik
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**CERTIFIED MAIL: 7006 0100 0001 6544 1962**

And


District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601