UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL CLEMMONS )<br>    Plaintiff )<br>                   )<br>vs. )<br>                   )<br>                   )<br>THE U.S. CUSTOMS AND BOARDER )<br>PROTECTION AGENCY )<br>                   )<br>    Defendant | CIVIL ACTION NO:<br><br>**1:06CV01286(RCL)**<br><br>September 15, 2006 |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Judgment by Default after entering confirmed facts against the Defendant's actions for failing to response and obeying the Court's instructions. The Plaintiff has demonstrated good cause shown by means of Affidavit Service filed in a timely manner.

The Plaintiff's <u>ORDER</u> requests should be granted including the Plaintiff's Action Requests to Subpoena Duces Tecum to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendant's Motions requests will be DENIED. It is also ORDERED that any of the Defendant's Motion requests to dismiss will be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment by Default is <u>GRANTED</u>.

SO ORDERED this _____ day of_____ 2006

_____
United States District Court Judge

Copies to:

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Defendant's Counsel

Karen L. Melnik
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530