## Motions

1:06-cv-01286-RCL CLEMMONS v. UNITED STATES CUSTOMS AND BORDER PROTECTION

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Melnik, Karen L. entered on 8/28/2006 at 1:08 PM and filed on 8/28/2006
**Case Name:**      CLEMMONS v. UNITED STATES CUSTOMS AND BORDER PROTECTION
**Case Number:**    1:06-cv-1286
**Filer:**          UNITED STATES CUSTOMS AND BORDER PROTECTION
**Document Number:** 4

**Docket Text:**
MOTION to Dismiss by UNITED STATES CUSTOMS AND BORDER PROTECTION. (Attachments: # (1) Thomas Declaration# (2) Dean Declaration)(Melnik, Karen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\kmelnik\Civil Division\Clemmons FOIA\Clemmons.MTD.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/28/2006] [FileNumber=1200949-0]
[4bf23bd751add842193b04043671afe04e02360e20f579aaa50ca1bb25a17223304a
68575872f1a9f805695f82ca3c01d27a6c5c73ba88093a25faf77a2671e1]]
**Document description:** Thomas Declaration
**Original filename:** N:\kmelnik\Civil Division\Clemmons FOIA\Thomas Decl.08-25-2006.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/28/2006] [FileNumber=1200949-1]
[4a8829d2d0ba6ab5ef703ded7b99a00a7c39b9621d050023cfe934d9e757644ad292
29447cfdc4e1ab0d8c4659321da455c9ad04b37c2d4c6f79f42c73e60f14]]
**Document description:** Dean Declaration
**Original filename:** N:\kmelnik\Civil Division\Clemmons FOIA\Dean Decl.08-25-2006.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/28/2006] [FileNumber=1200949-2]
[791ba69151d5225147b596a2b3458e26700cde2a86124756c3d407dcc61c56f8f7ab
19f5ef035fdd10af1a0ca6ce839b6eb63cc2687742cbb55b05cef7a5c037]]

**1:06-cv-1286 Notice will be electronically mailed to:**

Karen L. Melnik    karen.melnik@usdoj.gov,

**1:06-cv-1286 Notice will be delivered by other means to:**

SAMUEL L. CLEMMONS
548 Saint Charles Place
Brookhaven, MS 39601