UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL CLEMMONS )<br>   PLAINTIFF,          )<br>                              )<br>vs.                         )<br>                              )<br>THE U.S. CUSTOMS AND BOARDER )<br>PROTECTION AGENCY )<br>   DEFENDANT        )<br>                              )<br>                              ) | CIVIL ACTION NO:<br><br><u>1:06CV01286 (RCL)</u> |

### **<u>PLAINTIFF'S AFFIDAVIT OF SERVICE CONCERNING THE DELIVERY OF THE PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS PLACING SUCH DEFENDANT IN DEFAULT</u>**

Comes now the Plaintiff files such motion request to enter Affidavit of Service for the record. Showing the court complete delivery of the Plaintiff's Motion Request to enter discovery in support of Plaintiff's Motion Request for Summary Judgment by Default due to the Defendant failures to obey court's instructions placing such defendant in default.

Respectfully Submitted,

*Samuel Clemmons*
Plaintiff, *Pro Se*

**RECEIVED**

**OCT 2 - 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

CIVIL ACTION NO: <u>1:06CV001286 (RCL)</u>

V

U.S. CUSTOMS AND BOARDER PROTECTION

    Defendants

### AFFIDAVIT OF SERVICE

I, <u>SAM L. CLEMMONS</u>, hereby declare that on the <u>14TH of September 2006</u>, I mailed copies of the <u>PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS PLACING SUCH DEFENDANT IN DEFAULT</u> was served by certified regular mail with a return receipt # **7006 0100 0001 6544 1962** concerning case # 1:06CV001286 (RCL) to Karen L. Melnik, Assistant United States Attorney, U.S. Attorney's Office for the District of Columbia, Civil Division 555 Fourth Street, N.W., Washington, DC 20530. **Attached hereto is the green card acknowledging service.**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KAREN L. MELNIK
ASST. U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[signature]_
C. Date of Delivery: SEP 18 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PL
ISSIPPI 39601

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 6544 1962

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on this 28th day of September 2006, a true copy of the PLAINTIFF'S AFFIDAVIT OF SERVICE CONCERNING THE DELIVERY OF THE PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS PLACING SUCH DEFENDANT IN DEFAULT was served by regular mail concerning case # 1:06CV001286 (RCL):**

To: Defendant's Counsel

Karen L. Melnik
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530


And


District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

_____
Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601