UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,                )<br>                                             )<br>    Plaintiff,                              )<br>                                             )<br>v.                                           )<br>                                             )<br>U.S. CUSTOMS AND BORDER   )<br>PROTECTION,                         )<br>                                             )<br>    Defendant.                          )<br>                                             ) | Civil Action No. 1:06-01286 (RCL) |

### ORDER

Upon consideration of Plaintiff's "Motion Request to Enter Discovery in Support of Plaintiff's Motion Requests for Summary Judgment by Default Due to the Defendant's Failures to Obey Court's Instructions Placing Such Defendant in Default," the opposition thereto, the reply, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 1, 2007.