UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION<br><br>    Defendant. | Civil Action No. 06-1286 (RCL) |

## ORDER

Defendant filed a motion [4] to dismiss for failure to exhaust available administrative remedies. Plaintiff alleges that he was wrongfully detained and arrested, and that $80 was lost or stolen as a result. This Court has no jurisdiction to hear plaintiff's claim since he has failed to exhaust his remedies under the Federal Tort Claims Act. Plaintiff also seeks a copy of his arrest report, pursuant to the Freedom of Information Act, but again, plaintiff has failed to exhaust administrative remedies.

Plaintiff's response - seeking discovery and again seeking summary judgment by default - is rejected.

Defendant's motion [4] to dismiss is GRANTED.

This case shall stand DISMISSED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.